# EXHIBIT D

# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Associate**
Rebecca Petersen (NJ)
rebecca@murray-nolanberutti.com

**Of Counsel**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

### HIGHLY CONFIDENTIAL

December 8, 2023

**Via Email**
Stacey Cherry, Esq.
Fogerty & Hara, Esqs.
21-00 Route 208 South
Fair Lawn, New Jersey 07410

        ███ **Delaware Valley High School Board of Ed. et als.**
        **Our File No. 01195**

Dear Ms. Cherry,

  As you are aware, this firm represents ███ regarding issues concerning his parental rights with respect to his daughter, ███. Please accept this letter as a follow up to our meeting of this morning regarding our meeting at the Delaware Valley High School, at which you represented the Delaware Valley Regional High School District ("District"). The following individuals were present at the meeting: Michael Kays, Principal; Kristina Sterbenc, Supervisor of Counselling; and Ashley Miranda, School Counselor. This letter will memorialize the following:

- District employee Ashley Miranda ("Ms. Miranda") advised that she facilitated ███ name and pronoun change upon ███ request;

- Ms. Miranda declines to share any information gleaned during what she called a "confidential counseling session" with ███

---

136 Central Avenue, 2nd Floor, Clark, New Jersey 07066 (908) 588-2111

30 Wall Street, 8th Floor, New York, New York 10005 (Please reply to NJ office)

Stacy Cherry, Esq.  December 8, 2023
Fogerty & Hara, Esqs.  Page 2

- Ms. Miranda stated that she was not aware that ▇▇▇ has been diagnosed with ASD and ADHD, or that she experienced severe childhood trauma with the death of her mother when she was four years old;

- Ms. Miranda stated that she did not explore any of these issues with ▇▇▇ prior to implementing ▇▇▇ social transition;

- Ms. Miranda was also unaware that ▇▇▇ is under the care of a therapist;

- The District notified all staff to utilize ▇▇▇ chosen male name and pronouns;

- You advised that District staff was not permitted to refer to ▇▇▇ by her given name;

- You likewise confirmed that ▇▇▇ was not informed by the District of ▇▇▇ social transition or in-school name change;

- You advised that the District will continue to socially transition ▇▇▇ going forward against the express wishes of ▇▇▇;

- You further threatened that if ▇▇▇ did not return ▇▇▇ to school, that the District would "take further action."

This will also confirm that at the meeting's conclusion, I handed you a Cease and Desist letter directed to Superintendent McKinney, dated December 8, 2023. Please note that our client's legal positions within the Cease and Desist letter remain unchanged, including, without limitation, that the District is violating ▇▇▇ constitutional rights. Thus, we look forward to receiving the District's response on Monday.

Thank you.

Very truly yours,

**MURRAY-NOLAN BERUTTI LLC**

*Rebecca Petersen*

By:_____
Rebecca Petersen

RP/rab