# EXHIBIT A

Fri Jan 05 2024 15:29:36 GMT-0500 (Eastern Standard Time)

**Subject:** RE: DVRHS/A.H.
**From:** ron@murray-nolanberutti.com
**Date:** 1/3/2024 6:03 PM
**To:** scherry@fogartyandhara.com
**Cc:** rebecca@murray-nolanberutti.com
**Matter:** 01195-~~Christin Heaps~~ Civil Rights Law

Dear Ms. Cherry,

Please be advised that our client contends that the proposed arrangement whereby his daughter will continue being identified as a male even during "home instruction" (which would be in a public place) is a violation of his parental rights, as we previously advised. In short, the Board and its employees are providing Mr. Doe with a choice: either accept that his daughter shall be socially transitioned by public officials without his consent, or to yield his fundamental constitutional rights. Please be advised that Mr. Doe shall take all necessary actions to prevent the Board from violating his fundamental constitutional rights in such regard.


Ronald A. Berutti

**Murray-Nolan Berutti LLC**

136 Central Avenue

Second Floor

Clark, New Jersey 07066

908-588-2111
Ron@Murray-NolanBerutti.com
Website: www.Murray-NolanBerutti.com


**New York:**

30 Wall Street

8th Floor

New York, New York 10005-2205

212-575-8500

*Please reply to New Jersey*

-----Original message-----
From: "Stacey Therese Cherry" [scherry@fogartyandhara.com]
Sent: Tuesday, Jan 2 2024 12:29 PM
To:

Cc: rebecca@murray-nolanberutti.com
Subject: ~~BVRHS A.H.~~

Ron,

I am writing to follow-up regarding home instruction for ▓▓. The district is working on a schedule and will be in contact with the parents. There goal is to implement home instruction in person at the local library. Please let the parents know that they can expect to be contacted directly regarding scheduling. In addition, the doctor's note did not contain any information about an end date or anticipated follow-up. Please let the parents know that they will have to provide updated medical documentation to continue home instruction. To ensure continuity they should provide an update every 30 days from the medical provider indicating if there is a need to continue home instruction.

Finally, to ensure there is no misunderstanding, please let the family know that during home instruction the teachers will comply with district policy, NJ DOE guidance, and federal and state laws regarding ▓▓ name preference.

If you have any questions or concerns, of course, do not hesitate to contact me.

Stacey Therese Cherry

FOGARTY & HARA, ESQS.
21-00 Route 208 South
Fair Lawn, New Jersey 07410
(201) 791-3340; 814
(201) 791-3432 telecopier
scherry@fogartyandhara.com

NOTICE: This email message, including any attachment(s), is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.