UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>Defendants. | Civil Action No.<br><br>CERTIFICATE OF SERVICE |

RONALD A. BERUTTI, of full age, duly declares as follows under penalty of perjury.

On January 4, 2024, I served the proposed Order to Show Cause, proposed Order Granting Preliminary Injunction, Declaration of Ronald A. Berutti with Exhibit, the Verified Complaint with Exhibits, and a Brief by email to Stacey Cherry, Esq., attorney for Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda, by email to scherry@fogartyandhara.com. I served the same papers on Matthew J. Platkin, Attorney General of New Jersey, and Angelica Allen-Millan, Acting Commissioner of Education, at NJAG.ElectronicService.CivilMatters@law.njoag.gov, which is the designated address for service of civil process on the New Jersey Attorney General.

On January 5, 2024, I served a corrected brief on Ms. Cherry, Attorney General Platkin, and Acting Commissioner of Education at their same email address.

/s/ *Ronald A. Berutti*

_____
Ronald A. Berutti

Dated: January 11, 2024