# MURRAY- NOLAN BERUTTI LLC

## *Attorneys at Law*

**Partners**

Gwyneth K. Murray- Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Associate**

Rebecca Petersen (NJ)
rebecca@murray-nolanberutti.com

**Of Counsel**

Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

January 11, 2024

<u>Via ECF</u>
Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> **Doe v. Delaware Valley High School Board of Ed. et als.**
> **Civ. No. 3:24-cv-107 (GC)(JBD)**
> **Our File No. 01195**

Dear Judge Castner,

      This firm represents the plaintiff, John Doe, in the referenced matter. An emergent Order to Show Cause seeking temporary restraints and a preliminary injunction was filed on January 4, 2024, followed by a corrected brief the next day. All supporting papers were emailed to Stacey Cherry, Esq., and to the New Jersey Attorney General, who are the attorneys that we believe will be representing the defendants herein.

      The issues at hand are of urgent importance to our client given the allegations that his fundamental constitutional rights are allegedly being violated. In light of the importance of the issues and the temporary relief sought, and in anticipation of near-term scheduling, I wish to alert Your Honor that I am scheduled to undergo a surgery on January 22, 2024 which I anticipate will keep me out of the office through the end of that week. Thus, I respectfully request that if possible, no appearances are scheduled during that time frame.

      I thank Your Honor for the kind consideration of the above, and we look forward to receiving word as to the disposition of our client's application.

Honorable Georgette Castner, U.S.D.J.            January 4, 2024
           Page 2

           Respectfully yours,

           **MURRAY-NOLAN BERUTTI LLC**

           *Ronald A. Berutti*

By:_____
           Ronald A. Berutti
           136 Central Avenue, 2nd Floor
           Clark, New Jersey 07066
           (908) 588-2111
           ron@murray-nolanberutti.com

RAB/rp
encl.