UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

|||| 687808

**Plaintiff**
JOHN DOE (SAID NAME BEING FICTITIOUS)
vs
**Defendant**
DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, ET AL.

DOCKET NO. 3:24-CV-00107

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30
$ _____

Person to be served: DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION
Address:
19 SENATOR STOUT ROAD
FRENCHTOWN NJ 08825

Attorney:
MURRAY-NOLAN BERUTTI LLC
136 CENTRAL AVENUE 2ND FLOOR
CLARK NJ 07066

Papers Served:
SUMMONS & VERIFIED COMPLAINT; VERIFICATION; CIVIL COVER SHEET; BRIEF IN SUPPORT OF ORDER TO SHOW CAUSE; PROPOSED ORDER GRANTING PRELIMINARY RELIEF; PROPOSED ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS; DECLARATION OF RONALD A. BERUTTI, ESQ., IN SUPPORT OF APPLICATION FOR AN ORDER TO SHOW CAUSE; EXHIBITS

**Service Data:**
Served Successfully ✓  Not Served ___  Date: 1/12/2024  Time: 3:37 PM  Attempts: ___

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
Teresa O'Brien
Managing Agent

**Description of Person Accepting Service:**
Age: 48  Height: 5'8"  Weight: 190  Hair: Brn  Sex: Female  Race: Caucasian

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____  Date _____ Time _____
                              Date _____ Time _____
                              Date _____ Time _____
( ) Other: _____  Comments or Remarks _____

Subscribed and Sworn to me this
15th day of Jan 2024

I, JOEL SANCHEZ _____, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Paola Sanchez_
Notary Signature

Signature of Process Server   Date 1/15/2024

PAOLA G. SANCHEZ
Commission # 50014940
Notary Public, State of New Jersey
My Commission Expires
April 28, 2025

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   687808
File No.   3:24-CV-00107

Case 3:24-cv-00107-GC-JBD   Document 5   Filed 01/08/24   Page 1 of 2 PageID: 99

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JOHN DOE,**

*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION**

*Defendant*

CASE NUMBER: **3:24-CV-00107-GC-JBD**

TO: *(Name and address of Defendant):*

DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION

19 Senator Stout Rd, Frenchtown, NJ 08825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT** _____



**ISSUED ON 2024-01-08 09:59:06**, Clerk
USDC NJD