UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>　　　　　　　　　Defendants. | Civil No. 3:24-cv-00107(GC) (JBD)<br><br>**CERTIFICATE OF SERVICE** |

　　　　RONALD A. BERUTTI, of full age, duly declares as follows under penalty of perjury.

　　　　1.　　I am the attorney for the plaintiff herein. I am fully familiar with the facts set forth below. I make this Declaration in support of proving service on the Attorney General of New Jersey, Matthew J. Platkin.

　　　　2.　　On January 4, 2024, I served the proposed Order to Show Cause, proposed Order Granting Preliminary Injunction, Declaration of Ronald A. Berutti with Exhibit, the Verified Complaint with Exhibits, and a Brief by email on Matthew J. Platkin, Attorney General of New Jersey, and Angelica Allen-Millan, Acting Commissioner of Education, at NJAG.ElectronicService.CivilMatters@law.njoag.gov, which is the designated address for service of civil process on the New Jersey Attorney General, and is the exclusive manner in which the Attorney General may be served with civil process. (See **Exhibit A**)

3. On January 5, 2024, I served a corrected brief on Attorney General Platkin at the same email address.

4. On the evening of January 5, 2024, I received confirmation from the Attorney General's Office that receipt of the email service was confirmed, and that unless I received a notice of rejection within 5 business days, service was not rejected. (See **Exhibit B**)

5. On January 11, 2024, the Court entered an Order providing that service had to be conducted in accordance with *Fed. R. Civ. P.* 4(e) or New Jersey *R.* 4:4-4.

6. The Summons, Complaint, and all documents in support of the Order to Show Cause application were then forwarded to a process server, DGR Process Servers ("DGR"), to serve at the street address of the New Jersey Attorney General, 25, State Street, Trenton, N.J. Thereafter, DGR called to inform me that the Attorney General only accepted process by email.

7. On January 18, 2024, DGR provided evidence that it emailed all papers to the New Jersey Attorney General. (See **Exhibit C**).

8. Based on the foregoing, it is respectfully asserted that the New Jersey Attorney General has been served with all papers in this matter.

/s/ *Ronald A. Berutti*
_____
Ronald A. Berutti

Dated: January 18, 2024