

Office of the Attorney General
Department of Law & Public Safety – Division of Law

## ATTENTION PROCESS SERVERS:

**Pursuant to the order of the New Jersey Supreme Court signed, April 7, 2020, all summons and complaints must be served electronically to:**

**NJAG.ElectronicService.CivilMatters@law.njoag.gov**

Order Permitting Electronic Service of Process on the State of NJ

**Service of Subpoenas for Production of Documents and/or Records are to be sent by Certified Mail to the following:**

State of New Jersey
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 080
3rd floor W. Wing
Trenton, NJ 08625-0112

**If you need assistance, please call: 609-376-3232**

Posted 04/09/2020 - Updated 5/19/2021



Thu Jan 18 2024 14:21:38 GMT-0500 (Eastern Standard Time)

**Subject:** Doe v. Platkin et als
**From:** ron@murray-nolanberutti.com
**Date:** 1/5/2024 7:32 PM
**To:** NJAG.electronicservice.civilmatters@law.njoag.gov
**Cc:** zoraida@murray-nolanberutti.com, rebecca.robb@gmail.com
**Matter:** 01195-███████████-Civil Rights Law

Dear Sir/Madam,

This firm represents the plaintiff, John Doe, in the above-referenced matter. Attached please find a Verified Complaint with attachments, and an Order to Show Cause with supporting papers which was filed this evening in the U.S. District Court. Please be advised that we are seeking an injunction against the Attorney General and he Acting Commissioner of Education, among other relief. Please see below regarding proof of filing.

Thank you for your attention to this matter.

Ronald A. Berutti

**Murray-Nolan Berutti LLC**

136 Central Avenue

Second Floor

Clark, New Jersey 07066

908-588-2111
Ron@Murray-NolanBerutti.com
Website: www.Murray-NolanBerutti.com


**New York:**

30 Wall Street

8th Floor

New York, New York 10005-2205

212-575-8500

*Please reply to New Jersey*

-----Original message-----
From: "do_not_reply@psc.uscourts.gov" [do_not_reply@psc.uscourts.gov]
Sent: Friday, Jan 5 2024 6:15 PM
To: ron@murray-nolanberutti.com
Subject: Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT