Thu Jan 18 2024 14:07:37 GMT-0500 (Eastern Standard Time)

**Subject:** Automatic reply: Doe v. Platkin et als
**From:** NJAG.ElectronicService.CivilMatters@law.njoag.gov
**Date:** 1/5/2024 7:37 PM
**To:** ron@murray-nolanberutti.com
**Matter:**
  **-Type or Select Matter/Lead-**

This is an auto-reply confirming receipt of your email.
Pursuant to revised R. 4:4-4(a)(7), the Attorney General is authorized to accept electronic service upon the State and State departments and agencies.

The Attorney General is not authorized to accept electronic service on behalf of:

(1) current or former State officers or employees with the exception of Governor Philip Murphy, New Jersey Attorney General Matthew J. Platkin and the Director of Law, Michael T.G. Long; and

(2) State entities that have statutory authority to sue-and-be sued.
The Attorney General reserves the right to reject your attempt to serve an individual or entity identified above.

If your attempt to serve is rejected, a message will be sent to the email address from which the Summons and Complaint was received within five business days.

If a notice of rejection is not received within five business days, service is effective as of the date of this email. CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.


"B"