Thu Jan 18 2024 15:19:54 GMT-0500 (Eastern Standard Time)

**Subject:** DGR 687807 Legal Status Update for: 3:24-CV-00107 STATE OF NEW JERSEY
**From:** donotreply@dgrlegal.com
**Date:** 1/18/2024 1:40 PM
**To:** ron@murray-nolanberutti.com
**Cc:** litigation@dgrlegal.com
**Matter:**
  <u>-Type or Select Matter/Lead-</u>

Thank you for choosing DGR - The Legal Support Solution!

Your assignment has been updated.

** THIS IS AN AUTOMATED NOTIFICATION; DO NOT REPLY TO THIS EMAIL. **
Please forward or send any requests or changes to Service@dgrlegal.com

Client: MURRAY-NOLAN BERUTTI LLC
Contact: RONALD A. BERUTTI
Invoice #: 687807
File No: 3:24-CV-00107
Case No: 3:24-CV-00107
Case Name: DOE VS. DELAWARE VALLEY

Process Server: NEHA SIPPY

Documents:
SUMMONS & VERIFIED COMPLAINT; VERIFICATION; CIVIL COVER SHEET;
BRIEF IN SUPPORT OF ORDER TO SHOW CAUSE; PROPOSED ORDER GRANTING
PRELIMINARY RELIEF; PROPOSED ORDER TO SHOW CAUSE WITH TEMPORARY
RESTRAINTS; DECLARATION OF RONALD A. BERUTTI, ESQ., IN SUPPORT OF
APPLICATION FOR AN ORDER TO SHOW CAUSE; EXHIBITS
JOHN DOE (SAID NAME BEING FICTITIOUS)
DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, ET AL

Subject: STATE OF NEW JERSEY
C/O ATTORNEY GENERAL OF NEW JERSEY

Service address(es):

25 MARKET STREET

TRENTON      NJ 08611

Status:
01/12/24 04:00pm  EMAILED TO ATTORNEY GENERAL'S OFFICE.

This is an automated notification; do not reply to this email.
Notifications are only generated weekdays between the hours of
8 am and 6 pm.

"C"