UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceedings</u>

**OFFICE: TRENTON**  **DATE: 1/31/2024**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: K. WILSON**

**TITLE OF CASE:**  **CV24-107(GC)(JBD)**
JOHN DOE
    v.
DELAWARE VALLEY REGIONAL
HIGH SCHOOL BOARD OF EDUCATION, et al.

**APPEARANCES:**
Ronald Berutti, Esq. & Rebecca Peterson, Esq., for Plaintiff
Roshan Shah, Esq., for Defendant Delaware Valley Regional High School B.O.E.
Matthew Lynch, Esq., for Defendants N.J. Department of Education & A.G. State of New Jersey

**NATURE OF PROCEEDINGS:**
**TELEPHONE STATUS CONFERENCE HELD RE: [3] MOTION FOR P.I.**
Ordered that parties are to submit further briefing. Scheduling order set.
Text Order to be entered.

**TIME COMMENCED:**   12:30 p.m.
**TIME ADJOURNED:**   1:36 p.m.
**TOTAL TIME:**   1 hour 6 minutes

                                                s/*Ann Dello Iacono*
                                                **Deputy Clerk**