transitioning Jane in violation of my parental rights, and contrary to the medical and clinical therapeutic treatment Jane had been receiving since 2022.

9. On January 20, 2024, two workers from the Department of Children and Families, Division of Child Protection, visited my home and began inquiring about Jane for a well check and to make sure that she was okay. They obviously had been sent there by DVRHS. I was forced to explain the situation to the workers, including that we had filed a lawsuit to seek an injunction against the school's efforts due to DVRHS compelling Jane's social transition. The workers indicated that they were very satisfied with the manner in which I was handling the situation and protecting Jane. The business card of one of the workers is attached hereto as **Exhibit D**.

10. On January 25, 2024, DVRHS' attorney responded that *it* was offended by our attorney's letter, insisting that it was doing the right thing by Jane, and ignoring that the DVRHS defendants have been trampling my parental rights. Further, they sought a more specific note from Jane's healthcare provider. A true copy of the letter is attached hereto as **Exhibit E**.

11. Attached hereto as **Exhibit F** is a true copy of a letter from Jane's Pediatrics Group Certified Professional Nurse Practitioner requesting at home instruction due to anxiety and depression which is exacerbated by the emotional strain and stress in her educational setting.

I hereby declare the foregoing to be true and correct based on my personal knowledge under penalty of perjury under the laws of the United States of America.

"John Doe"

Dated: February 2, 2024