**EXHIBIT A**

# MURRAY-NOLAN BERUTTI LLC

## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Associate**
Rebecca Petersen (NJ)
rebecca@murray-nolanberutti.com

**Of Counsel**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

**HIGHLY CONFIDENTIAL**

January 8, 2024

**Via Email**
Stacy Cherry, Esq.
Fogerty & Hara, Esqs.
21-00 Route 208 South
Fair Lawn, New Jersey 07410

      ▇▇▇. Delaware Valley High School Board of Ed. et als.
      **Docket No. 3:24-cv-00107**
      **Our File No. 01195**

Dear Ms. Cherry,

  As you are aware, this firm represents ▇▇▇▇ in this matter. Attached is a letter from Lori Ioriatti, CPNP PMHS of Hunterdon Pediatric Associates, dated January 4, 2024. As you can see, it is the medical opinion of ▇▇▇ treating physicians that she should be provided with home instruction as she continues to receive treatment for her mental health concerns.

  Kindly confirm receipt of this letter.

            Very truly yours,
          **MURRAY-NOLAN BERUTTI LLC**

           *Ronald A. Berutti*
      By:_____
        Ronald A. Berutti
        136 Central Avenue, 2nd Floor
        Clark, New Jersey 07066
        (908) 588-2111
        ron@murray-nolanberutti.com

RAB/rp
encl.

Stacy Cherry, Esq.  
Fogerty & Hara, Esqs.

January 8, 2024  
Page 2

 Hunterdon Health

Hunterdon Pediatric Associates  
6 Sand Hill Road, Suite 102  
Flemington, NJ 08822  
Phone:   (908)-782-6700  
Fax:     (908)-788-5861

January 4, 2024

DOB

To whom it may concern:

The above referenced patient was seen at Hunterdon Pediatrics.

Avery continues to have be seen for mental health concerns. Please excuse her absences as we continue to work with her. Please provide her with home instruction in order to continue with her education needs. We will reevaluate every 90 days or sooner as needed.

Thank you for your kind consideration.

 Lori Ioriatti, CPNP, PMHS

Lori Ioriatti CPNP PMHS

Hunterdon Pediatric Associates, Hillsborough Office  
285 Route 206  
Hillsborough, NJ 08844  
PHONE 908-237-4008  
FAX 908-237-4064

HUNTERDON MEDICAL CENTER  
A MEMBER OF THE HUNTERDON HEALTH SYSTEM