**EXHIBIT B**

# FOGARTY & HARA
### COUNSELLORS AT LAW

RODNEY T. HARA
STEPHEN R. FOGARTY
VITTORIO S. LAPIRA
STACEY THERESE CHERRY
ROBERT D. LORFINK

---

JANET L. FIKE
DAVID J. ULRIC
SEAN W. FOGARTY
VERONICA A. ACEVEDO

21-00 ROUTE 208 SOUTH
FAIR LAWN, NEW JERSEY 07410

(201) 791-3340
TELECOPIER (201) 791-3432

January 18, 2024

**VIA EMAIL**

Ronald A. Berutti, Esq.
Murray-Nolan Berutti LLC
136 Central Avenue
2nd Floor
Clark, New Jersey 07066

  **Re: In the Matter of the Delaware Valley Regional High School Board of Education and ▆▆▆**
    **Our File No.: 18/334**

Dear Mr. Berutti:

  This correspondence is in response to your email request that the Delaware Valley School District not take any action regarding ▆▆▆ attendance standing while your motion is pending. The District does not have discretion to ignore a student's lack of attendance at school. However, if a student is approved for home instruction—as ▆▆▆ is—then attendance at home instruction is consistent with the compulsory attendance requirements. At this time, ▆▆▆ has not participated in any home instruction offered by the District and based on your filing, the parent is not in agreement with having ▆▆▆ attend home instruction in the library.

  While the District does not agree with your claims and continues to offer home instruction in the library, they can also arrange for individual home instruction at Delaware Valley Regional High School after the conclusion of the school day. The exact home instruction schedule will be coordinated once you or the parents confirm that they will make ▆▆▆ available for home instruction at the high school. The instruction will be provided on a 1:1 basis in a conference room or classroom. The District suggests that the sessions begin at approximately 2:45 p.m., after the high school is dismissed for the day.

  Kindly advise if your client will bring ▆▆▆ to the high school for home instruction after the conclusion of the school day. If ▆▆▆ participates in scheduled home instruction regularly then the District will not have to take action regarding ▆▆▆ attendance. If ▆▆▆ does not participate in home instruction the District is required to address the compulsory education requirements.

  If you have any questions, of course, do not hesitate to contact us.

{F&H00177778.DOCX/2}

Ronald A. Berutti, Esq.
January 18, 2024
Page 2

---

With kind regards, we are

Very truly yours,

FOGARTY & HARA

BY: /s/ Stacey Therese Cherry
Stacey Therese Cherry

STC:tvc
cc: Scott McKinney – *via email only*
     Superintendent of Schools

{F&H00177778.DOCX/2}