**EXHIBIT D**



STATE OF NEW JERSEY
DEPARTMENT OF CHILDREN AND FAMILIES
DIVISION OF CHILD PROTECTION AND PERMANENCY

**HUNTERDON LOCAL OFFICE**
84 PARK AVENUE, SUITE E-111, FLEMINGTON, NJ 08822

REPRESENTED BY: _Lamn Nonaro_

TOLL FREE: 1-800-392-2724
TEL: (908) 782-8784
FAX: (908) 782-9488