**EXHIBIT E**

## FOGARTY & HARA
### COUNSELLORS AT LAW

RODNEY T. HARA
STEPHEN R. FOGARTY
VITTORIO S. LAPIRA
STACEY THERESE CHERRY
ROBERT D. LORFINK

JANET L. FIKE
DAVID J. ULRIC
SEAN W. FOGARTY
VERONICA A. ACEVEDO

21-00 ROUTE 208 SOUTH
FAIR LAWN, NEW JERSEY 07410

(201) 791-3340
TELECOPIER (201) 791-3432

January 25, 2024

**VIA EMAIL**

Ronald A. Berutti, Esq.
Murray-Nolan Berutti LLC
136 Central Avenue
2nd Floor
Clark, New Jersey 07066

Re: **In the Matter of the Delaware Valley Regional High School Board of Education and▮▮▮**
**Our File No.: 18/334**

Dear Mr. Berutti:

This correspondence is in response to your letter of January 18, 2024.

First, the Delaware Valley School District's only goal in offering home instruction after the conclusion of the school day is ensuring that ▮▮▮ has access to direct instruction from teachers as soon as possible. They can provide that instruction at the local library or in the school building (after the end of the school day). Moreover, the District has not received notification from a medical provider that ▮▮▮ cannot be in the school building or other location to receive home instruction. Rather, the letter provided only asked that absences be excused and that work be provided so that she could complete it at home. Even so, the District approved home instruction and has made every effort to implement it so that ▮▮▮. can continue to receive direct instruction.

Second, the District is not presently and never has attempted to "force the issue of her social transition." Nor have they engaged in any medical care whatsoever. Such allegations are completely baseless. Furthermore, your claims that the District's staff present a danger to ▮▮▮. are not only baseless, they are offensive. The District's staff considers the well-being of its students to be of the utmost importance. They have always acted in a manner intended to support ▮▮▮ emotional well-being.

Turning to the issue of home instruction, the District has attempted to arrange virtual home instruction; however, they are unable to secure providers from the District's staff or through the educational services commission. They are continuing to contact other contractors who may be able to provide virtual home instruction. In the interim, the District can offer Educere, an online platform, for the following courses: Biology, Algebra I, Global Studies, English I, Spanish II, and Financial Literacy. They

{F&H00177911.DOCX/2}

Ronald A. Berutti, Esq.
January 25, 2024
Page 2

---

will also provide assignments for physical education through an independent study. Please advise if your clients would like the District to establish the Educere classes.

Finally, please advise your clients that they must submit updated medical information indicating that ▮▮. continues to require home instruction. This information must be updated every thirty days and is subject to approval by the school physician.

If you have any questions, of course, do not hesitate to contact us.

With kind regards, we are

                        Very truly yours,

                        FOGARTY & HARA

                        BY: */s/ Stacey Therese Cherry*
                             Stacey Therese Cherry

STC:aec
cc:    Scott McKinney – *via email only*
        Superintendent of Schools