**EXHIBIT F**

# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Associate**
Rebecca Petersen (NJ)
rebecca@murray-nolanberutti.com

**Of Counsel**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

### HIGHLY CONFIDENTIAL

February 2, 2024

**Via Email**
Stacey Cherry, Esq.
Fogerty & Hara, Esqs.
21-00 Route 208 South
Fair Lawn, New Jersey 07410

>   **Doe v. Delaware Valley High School Board of Ed. et als.**
>   **Docket No. 3:24-cv-00107**
>   **Our File No. 01195**

Dear Ms. Cherry,

Please see the attached letter from Lori Ioriatti, CPNP PMHS, from Hunterdon Pediatric Associates, dated February 1, 2024. Once again, demand is made that your client provide at-home instruction for our client's daughter so that she may receive her the thorough and efficient free education to which she is entitled under the New Jersey Constitution, and which her father has a right to expect shall be provided to her.

Thank you.

Very truly yours,
**MURRAY-NOLAN BERUTTI LLC**

By: *Ronald A. Berutti*
Ronald A. Berutti

/RAB



**Hunterdon Pediatric Associates**
6 Sand Hill Road, Suite 102
Flemington, NJ 08822
Phone:     (908)-782-6700
Fax:        (908)-788-5861

February 1, 2024

[redacted address]

DOB [redacted]

To whom it may concern:

The above referenced patient was seen at Hunterdon Pediatrics.
She has been diagnosed with Anxiety/Depression. The symptoms are reported to be exacerbated due to emotional stress and strain in the educational setting. I am continuing to request home instruction as we all continue to work with Avery. We will continue to reevaluate every 90 days or sooner as needed. She is also under the care of a counselor.
Thank you.



Lori Ioriatti CPNP PMHS

Hunterdon Pediatric Associates, Hillsborough Office
286 Route 206
Hillsborough, NJ 08844
PHONE 908-237-4008
FAX 908-237-4064

HUNTERDON MEDICAL CENTER
A MEMBER OF THE HUNTERDON HEALTH SYSTEM