# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Associate**
Rebecca Petersen (NJ)
rebecca@murray-nolanberutti.com

**Of Counsel**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

February 6, 2024

<u>**Via ECF**</u>
Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> **Doe v. Delaware Valley High School Board of Ed. et als.**
> **Civ. No. 3:24-cv-107 (GC)(JBD)**
> **Our File No. 01195**

Dear Judge Castner,

As Your Honor is aware, this firm represents the plaintiff, John Doe, in the referenced matter. Please accept this in response to the letter filed yesterday by Matthew Lynch, DAG.

Following Mr. Lynch's submission, I examined my filing from Friday and realized that I inadvertently had uploaded the wrong document instead of the Declaration of John Doe. Thus, I forwarded the correct document to both of my adversaries, and they kindly consented to my submitting the same as a corrected document, which I did.

Since the corrected Declaration of John Doe reflects that he is under threat related to allegations of truancy, the necessity for emergent relief plainly exists. Thus, I respectfully request that the question of whether a temporary restraining order should be issued remains viable and important.

I thank Your Honor for the kind consideration of the above and apologize for any inconvenience caused by my misfiling.

**136 Central Avenue, 2nd Floor, Clark, New Jersey 07066 (908) 588-2111**

**30 Wall Street, 8th Floor, New York, New York 10005 (Please reply to NJ office)**

Honorable Georgette Castner, U.S.D.J.                                        February 6, 2024

Page 2

Respectfully yours,

**MURRAY-NOLAN BERUTTI LLC**

    s/ *Ronald A. Berutti*

By:_____

    Ronald A. Berutti

/RAB

encl.