ROSHAN D. SHAH, ESQ.
**ANDERSON & SHAH, LLC**
**ATTORNEYS AT LAW**
1040 Broad Street, Suite 304
Shrewsbury, New Jersey 07702
Telephone:   (732) 398-6545
Facsimile:   (732) 576-0027
*Attorneys for Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| JANE DOE (said name being fictitious), | Hon. Georgette Castner, U.S.D.J. |
| Plaintiff(s), | Civil Action No. 24-107 (GC-JBD) |
| v. | |
| DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, et al., | CIVIL ACTION |
| | **CERTIFICATE OF SERVICE** |
| Defendant(s). | |

I hereby certify that, on this date, Defendants Delaware Valley Regional High School Board of Education, Ashley Miranda and Scott McKinney's opposition to Plaintiff's request for a Temporary Restraining Order and Preliminary Injunction was filed with the Clerk of the United States District Court for the District of New Jersey, and a copy was served upon all counsel of record via the Case Management/Electronic Case Filing (CM/ECF) system.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: February 7, 2024                  */s/ Roshan D. Shah, Esq.*
                                          Roshan D. Shah, Esq.

1