## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, said name being fictitious,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 24-107 (GC) (JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiffs' motion for a Temporary Restraining Order (TRO) and Preliminary Injunction. (ECF Nos. 3 & 4.) Following briefing by the parties, the Court carefully considered the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Opinion, and other good cause shown,

**IT IS** on this 21st day of February 2024, **ORDERED** as follows:

1. Plaintiff's motion for a TRO is **DENIED**.

2. The parties shall meet and confer as to whether there is a need for a preliminary injunction hearing, any discovery for the purpose of a hearing, and any further briefing. A joint status letter shall be filed within fourteen days of this Order.

3. The Clerk's Office is directed to **TERMINATE** Plaintiff's motion (ECF No. 3).

_____
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**