

*State of New Jersey*

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>P.O. BOX 112<br>TRENTON, N.J. 08625-0112 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

March 6, 2024

<u>**Via CM/ECF**</u>
Hon. Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re: John Doe v. Delaware Valley Regional High School Board of Ed., et al.
       Docket No. 3:24-cv-107 (GC) (JBD)

Dear Judge Castner:

    This office represents Defendants New Jersey Department of Education and Acting Commissioner Kevin Dehmer ("State Defendants") in this matter. Consistent with the court's February 21, 2024 Order, I am writing for the parties to provide a status update. Counsel for the parties held a meet and confer conference call on February 23, 2024 wherein counsel for Plaintiff, Ronald Berutti, Esq., advised that he would be filing an Amended Complaint in this matter and will be filing a new motion for a preliminary injunction based upon that Amended Complaint. In light of that, counsel for defendants deferred deciding on whether any limited discovery or an evidentiary hearing would be needed until they had the opportunity to review Plaintiff's Amended Complaint and new motion. I reached out to Mr. Berutti today and he advised that he would be seeking to amend the Complaint in this matter sometime early next week. Thank you.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/Matthew Lynch_____
  Matthew Lynch
  Deputy Attorney General
  Matthew.Lynch@law.njoag.gov

Cc: All counsel of record (via CM/ECF)