UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>                              Plaintiff,<br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>                              Defendants. | **RETURN DATE:**<br>**MAY 6, 2024**<br><br>**Oral Argument is Requested.**<br><br>Civil Action No. 3:24-cv-107 GC-JBD<br><br><br>**NOTICE OF MOTION<br>FOR A PRELIMINARY<br>INJUNCTION PURSUANT TO<br>*FED. R. CIV. P. 65*** |

TO:    Roshan Shah, Esq.
        ANDERSON & SHAH LLC
        1040 Broad Street
        Suite 304
        Shrewsbury, NJ 07702

        Matthew Lynch, D.A.G.
        DIVISION OF LAW
        Richard J. Hughes Justice Complex
        25 West Market St.
        P.O. Box 112
        Trenton, NJ 08625

**SIRS:**

      **PLEASE TAKE NOTICE** that on May 6, 2024, the plaintiff John Doe, by and through his attorneys, Murray-Nolan Berutti, LLC, shall this Court for an Order Granting a Preliminary Injunction pursuant to *Fed. R. Civ. P. 65*.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall reply upon the accompanying Certification of Ronald A. Berutti, dated April 12, 2024, and a Brief submitted herewith in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is filed herewith, and that the plaintiff requests oral argument.

                                **MURRAY-NOLAN BERUTTI LLC**

By: */s/ Ronald A. Berutti*
                              Ronald A. Berutti
                              136 Central Ave., Second Floor
                              Clark, New Jersey 07066
                              ron@mnblawfirm.com
                              (908) 588-2111
                              *Attorneys for the plaintiff, John Doe*

Dated: April 12, 2024