UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>Defendants. | Civil Action No. 3:24-cv-107 GC-JBD<br><br>**DECLARATION OF RONALD A. BERUTTI** |

RONALD A. BERUTTI, of full age, hereby declares as follows under penalty of perjury:

1. I am co-Managing Member of the firm Murray-Nolan Berutti LLC, attorneys the plaintiff in this matter. I am fully familiar with the facts stated herein. I make this Declaration in support of the plaintiff John Doe's Motion for Preliminary Injunction.

2. The document attached hereto as **Exhibit A** is a true copy of a letter from Hunterdon Pediatric Associates, dated January 4, 2024, requesting that Jane Doe be permitted to receive home instruction.

s/ *Ronald A. Berutti*
_____
Ronald A. Berutti

Dated: April 12, 2024