# EXHIBIT A



**Hunterdon Pediatric Associates**
6 Sand Hill Road, Suite 102
Flemington, NJ 08822
Phone:     (908)-782-6700
Fax:         (908)-788-5861

January 4, 2024

DOB ▓▓▓

To whom it may concern:

The above referenced patient was seen at Hunterdon Pediatrics.

▓▓▓ continues to have be seen for mental health concerns.
Please excuse her absences as we continue to work with her.
Please provide her with home instruction in order to continue with her education needs. We weill reevaluate every 90 days or sooner as needed.

Thank you for your kind consideration.



Lori Ioriatti CPNP PMHS

Hunterdon Pediatric Associates, Hillsborough Office
286 Route 206
Hillsborough, NJ 08844
PHONE 908-237-4008
FAX 908-237-4064

HUNTERDON MEDICAL CENTER
A MEMBER OF THE HUNTERDON HEALTH SYSTEM