UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>                   Plaintiff,<br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>                   Defendants. | Civil Action No. 3:24-CV-107 (GC(JBD)<br><br>**ORDER** |

THIS MATTER comes before the Court by way of Plaintiffs' motion for a Preliminary Injunction pursuant to *Fed. R. Civ. Pro.* 65, Murray-Nolan Berutti LLC, appearing, and the Court having reviewed the papers submitted in support thereof, and any submitted in opposition thereto on behalf of the defendants, and having heard oral argument,

IT IS on this _____ day of _____, 2024,

ORDERED as follows:

1. A preliminary injunction in favor of the plaintiff, John Doe, and against defendants be, and hereby is, granted in keeping with *Fed. R. Civ. P.* 65(a), as John Doe has satisfied all criteria for such relief;

2. Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, Ashley Miranda, and anyone working under them, shall not take any further actions to socially transition Jane Doe pending the outcome of this matter;

3. _____ be, and hereby is, appointed to act as Independent Monitor of Delaware Valley Regional High School Board of Education, Scott McKinney, Ashley Miranda, and anyone working under them, to ensure that they do not violate this Order, or otherwise interfere with Mr. Doe's parental rights;

4. Delaware Valley Regional High School Board of Education shall be solely responsible for payment of the Independent Monitor's fees and costs, application for payment of which shall from time to time be made by the Independent Monitor, on notice to all parties;

5. Defendant Matthew J. Platkin shall discontinue any and all further efforts to enforce *N.J.S.A.* 10:5-1 *et seq.* in a manner which interferes with parental rights by not permitting full disclosure to parents of their minor child's desire

to socially transition and/or to interfere with the right of parents to withhold consent to any and all such social transitioning;

6. The Department of Education be, and hereby is, preliminarily restrained and enjoined from promulgating and promoting any and all rules and/or guidance which interferes with parental rights by not permitting full disclosure to parents of their minor child's desire to socially transition and/or to interfere with the right of parents to withhold consent to any and all such social transitioning; and it is further

ORDERED that no bond shall be required to be filed by Mr. Doe for enforcement of this Order; and it is further

ORDERED that electronic filing of this Order shall constitute good and sufficient service of the same on all parties hereto.

_____
HON. GEORGETTE CASTNER
United States District Judge