UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>                Plaintiff,<br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>                Defendants. | Civil Action No. 3:24-cv-107 (GC)(JBD)<br><br>**CERTIFICATE OF SERVICE** |

RONALD A. BERUTTI, of full age, duly declares as follows under penalty of perjury.

On April 12, 2024, I served the Notice of Motion, proposed Order, Declaration of Ronald A. Berutti <u>with Exhibit and B</u>rief by electronic filing to:

Roshan Shah, Esq.
ANDERSON & SHAH LLC
1040 Broad Street
Suite 304
Shrewsbury, NJ 07702

Matthew Lynch, D.A.G.
DIVISION OF LAW
Richard J. Hughes Justice Complex
25 West Market St.
P.O. Box 112
Trenton, NJ 08625

s/ *Ronald A. Berutti*
_____
Ronald A. Berutti

Dated: April 12, 2024