# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
Ronald A. Berutti (NJ, NY, KY)

Reply to: Ron@MNBlawfirm.com

**Associates**
Rebecca R. Petersen (NJ)
Nicholas P. Nachtergaele (NJ)
**Of Counsel**
Stephanie L. Jablonsky (NJ)

April 23, 2024

**Via eCourts**
Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

>   Doe v. Delaware Valley High School Board of Ed. et als.
>   Civ. No. 3:24-cv-107 (GC)(JBD)
>   Our File No. 01195

Dear Judge Castner,

    As Your Honor is aware, this firm represents the plaintiff herein. Per Your Honor's Order, the plaintiff is required to submit a reply to the defendants' briefs by tomorrow, April 24, 2024. The briefs are lengthy, and I spent most of the weekend and yesterday finalizing an appeal, which prevented me from focusing on the briefs. Further, I have another appellate submission due on Thursday. Thus, with the kind consent of my adversaries, I respectfully request that our reply date be moved to Monday, April 29, 2024, so that we have adequate time to submit a thorough reply.

    We thank Your Honor for Consideration of the above.

It is so ordered this 24th day of April, 2024.

*Georgette Castner*
Georgette Castner, U.S.D.J.

Respectfully,

MURRAY-NOLAN BERUTTI LLC

*Ronald A. Berutti*

By: _____
    Ronald A. Berutti

RAB/hlf
cc: All Counsel of Record – Via eCourts

136 Central Avenue, 2nd Floor, Clark, New Jersey 07066  Tel (908) 588-2111  Fax (908) 679-5111
30 Wall Street, 8th Floor, New York, New York 10005  Tel (212) 575-8000
Reply to New Jersey Office