UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>                    Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>                    Defendants. | Civil Action No. 3:24-cv-107 GC-JBD<br><br>**REPLY DECLARATION OF JOHN DOE** |

JOHN DOE, of full age, hereby declares as follows under penalty of perjury:

1. I am the plaintiff herein. I am fully familiar with the facts set forth below. I make this Reply Declaration in support of my Motion for Preliminary Injunction.

2. The document attached hereto as **Exhibit A** is a true copy of a letter, dated April 24, 2024, from Hunterdon Pediatric Associates, which has treated my daughter for years and which is familiar with her health and wellbeing.

3. I have been relying on the advice of Hunterdon Pediatric Associates and my daughter's therapist in keeping her out of school while the issue of her being socially transitioned at school is pending, since the school's actions are adversely affecting my daughter's mental and emotional health.

4.      Such actions have also interfered with my relationship with my daughter, which I continue to repair on a daily basis, and which has adversely affected my ability to work since I must be home for my daughter now at most times.

 

                                                                                          _____

                                                                                          John Doe

Dated: April 24, 2024

4. Such actions have also interfered with my relationship with my daughter, which I continue to repair on a daily basis, and which has adversely affected my ability to work since I must be home for my daughter now at most times.

_____
John Doe

Dated: April 24, 2024