# EXHIBIT A



Hunterdon Pediatric Associates
6 Sand Hill Road, Suite 102
Flemington, NJ 08822
Phone:    (908) 782-6700
Fax:       (908) 788-5861

April 24, 2024

DOB ▮▮▮▮

▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

To whom it may concern:

The above referenced patient was seen at Hunterdon Pediatrics.

The above referenced patient continues to have difficult with Anxiety and depression which significantly increased with social transitioning in the school setting increasing emotional stress a strain. At this time based on my evaluation and continue counseling it is in ▮▮▮▮ best intereste continue home instruction setting until this is resolved.



Lori Ioriatti CPNP PMHS

Hunterdon Pediatric Associates, Hillsborough Office
286 Route 206
Hillsborough, NJ 08844
PHONE 908-237-4008
FAX 908-237-4064

HUNTERDON MEDICAL CENTER
A MEMBER OF THE HUNTERDON HEALTH SYSTEM