

**ROSHAN D. SHAH** | Managing Partner
rshah@andersonshahlaw.com
P: 732-398-6544 | F: 732-576-0027

May 13, 2024

<u>**VIA CM/ECF ONLY**</u>
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
    & U.S. Courthouse
402 East State Street, Courtroom 7E
Trenton, NJ 08608

   Re: <u>**Doe v. Delaware Valley Reg'l High School Bd. of Ed., et al.**</u>
     <u>**Civil Action No. 24-107 (GC-JBD)**</u>

Dear Judge Day:

This Firm represents Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda in the above-referenced matter. Consistent with the Court's instructions, enclosed please find two proposed orders concerning discovery. The parties have conferred and consent to their entry.

If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

***/s/Roshan D. Shah***

ROSHAN D. SHAH, ESQ.
For the Firm


c:  All Counsel of Record