ROSHAN D. SHAH, ESQ.
**ANDERSON & SHAH, LLC**
ATTORNEYS AT LAW
1040 Broad Street, Suite 304
Shrewsbury, New Jersey 07702
Telephone:   (732) 398-6545
Facsimile:   (732) 576-0027
*Attorneys for Defendants Delaware Valley Regional High School Board of Education,*
*Scott McKinney, and Ashley Miranda*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| JANE DOE (said name being fictitious), | Hon. Georgette Castner, U.S.D.J. |
| Plaintiff(s), | Civil Action No. 24-107 (GC-JBD) |
| v. | |
| DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, et al., | <u>CIVIL ACTION</u> |
| Defendant(s). | **DISCOVERY ORDER** |

This matter having been opened to the Court, by way of an informal motion of Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda (collectively, the "Board Defendants"), for an order permitting limited discovery, and the Court having considered the parties' arguments during a conference on May 8, 2024, and for good cause shown:

IT IS on this _____ day of _____, 2024,

**ORDERED** that the parties shall be permitted to serve a subpoena upon Debra Pirozzoli, Family & Individual Counselling Center, Lori Ioriatti, Hunterdon Health, and Hunterdon Pediatric Associates to obtain medical records of A.H.

**IT IS FURTHER ORDERED** that the subpoenas shall be served no later than May 17, 2024;

**IT IS FURTHER ORDERED** that plaintiff shall provide any required authorizations from A.H., including those under the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320, to facilitate the production of the subpoenaed records;

**IT IS FURTHER ORDERED** that the documents, if filed with the Court, shall be temporarily filed under seal and the party claiming confidentiality shall file a motion to seal within the time provided by Local Civil Rule 5.3;

**IT IS FURTHER ORDERED** that the costs of any subpoenaed records shall be borne by the subpoenaing party;

**IT IS FURTHER ORDERED** that the Court shall conduct a conference on _____, 2024, at _____, to discuss whether the defendants should be permitted to take depositions with respect to the pending application for a preliminary injunction.

IT IS SO ORDERED.


_____
J. Brendan Day, U.S.M.J.