# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE (said name being fictitious),<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, et al.,<br><br>　　　　　　　Defendant(s). | Civ. No. 24-107 (GC) JBD<br><br>**DISCOVERY ORDER** |

Before the Court is a request from Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda (collectively, the "Board Defendants"), for an order permitting limited discovery, and the Court having considered the parties' arguments during a conference on May 8, 2024, and for good cause shown:

IT IS this 14th day of May, 2024,

**ORDERED** that the parties shall be permitted to serve a subpoena upon Debra Pirozzoli, Family & Individual Counselling Center, Lori Ioriatti, Hunterdon Health, and Hunterdon Pediatric Associates to obtain medical records of A.H.

1

**IT IS FURTHER ORDERED** that the subpoenas shall be served no later than May 17, 2024;

**IT IS FURTHER ORDERED** that plaintiff shall provide any required authorizations from A.H., including those under the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320, to facilitate the production of the subpoenaed records;

**IT IS FURTHER ORDERED** that the documents shall be treated as confidential by all parties and not publicly disseminated to third parties to this litigation. Nothing in this paragraph shall be construed to apply to A.H., the student;

**IT IS FURTHER ORDERED** that the documents, if filed with the Court, shall be temporarily filed under seal and the party claiming confidentiality shall file a motion to seal within the time provided by Local Civil Rule 5.3;

**IT IS FURTHER ORDERED** that the costs of any subpoenaed records shall be borne by the subpoenaing party;

**IT IS FURTHER ORDERED** that the parties are directed to file a joint status letter by May 28, 2024 apprising the Court of the status of the production and review of the medical records; the Court will schedule a telephone conference upon receipt of that letter.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE