# EXHIBIT D

5/23/24, 5:28 PM                                                                 Re: FERPA Order

Thu May 23 2024 17:27:53 GMT-0400 (Eastern Daylight Time)

**Subject:** Re: FERPA Order
**From:** ron@mnblawfirm.com
**Date:** 5/17/2024 7:58 AM
**To:** RShah@andersonshahlaw.com, Matthew.Lynch@law.njoag.gov
**Cc:** helana@mnblawfirm.com
**Matter:**
  **-Type or Select Matter/Lead-**

Gentlemen,

I have clarified the licensure issue with Ms. Pirozzoli. She had directed me to correct her certification to note that she is Licensed Clinical Pastoral Counselor. In my haste to submit my papers, I failed to make the revision of adding "Pastoral". Thus, the omission was a scrivener's error on my part.

I have made Ms. Pirozzoli aware that a subpoena shall be forthcoming. Please proceed with the subpoenas forthwith as this is an urgent matter where we contend irreparable harm is occurring to our client.

Thank you.

Ronald A. Berutti
MURRAY-NOLAN BERUTTI LLC
136 Central Avenue
Second Floor
Clark, New Jersey 07066
(908) 588-2111
www.murray-nolanberutti.com

New York:
30 Wall Street, 8th Floor
New York, NY 10005-2205
(212) 575-8500
(Please respond to NJ Office)

Sent from my iPhone. Kindly excuse any typo caused by my finger.

> On May 10, 2024, at 4:30 PM, Roshan Shah <RShah@andersonshahlaw.com> wrote:
>
>
> Counsel:
>
>
> Attaching a revised order re: FERPA and limited discovery.