# EXHIBIT E

Thu May 23 2024 17:42:49 GMT-0400 (Eastern Daylight Time)

**Subject:** RE: FW: Doe v. Delaware Exhibit A
**From:** ron@mnblawfirm.com
**Date:** 5/20/2024 3:42 PM
**To:** RShah@andersonshahlaw.com, Matthew.Lynch@law.njoag.gov
**Matter:**
 -Type or Select Matter/Lead-

Roshan,

I object to the request for a copy of all drafts of the Letter. Once again, all that is potentially discoverable right now are the medical records and, per agreement, licensure information.

Further, with respect to Ms. Pirozolli, I object to the first licensure request given the representation that it was my error not to make the change in licensure designation prior to filing. Obviously, your request for all licensure will reveal what you need—all licensure.

Please make such revisions to the subpoenas.

Thank you.

Ronald A. Berutti

**Murray-Nolan Berutti LLC**

136 Central Avenue

Second Floor

Clark, New Jersey 07066

908-588-2111
Ron@MNBlawfirm.com

Website: www.MNBlawfirm.com

**New York:**

30 Wall Street

8th Floor

New York, New York 10005-2205

212-575-8500