# EXHIBIT G

| | |
|---|---|
| **From:** | Ron Berutti |
| **To:** | Roshan Shah |
| **Cc:** | Matthew.Lynch@law.njoag.gov; Helana Farley; dpirozzoli@yahoo.com |
| **Subject:** | RE: Doe v. Delaware Valley Regional High School |
| **Date:** | Monday, May 20, 2024 2:20:46 PM |

You're entitled to your position. I'm entitled to disagree. Let's move forward. Please forward me the revised subpoenas prior to sending them out for service so as to avoid potential problems.

Thank you.


Ronald A. Berutti

**Murray-Nolan Berutti LLC**

136 Central Avenue

Second Floor

Clark, New Jersey 07066

908-588-2111
Ron@MNBlawfirm.com

Website: www.MNBlawfirm.com


**New York:**

30 Wall Street

8th Floor

New York, New York 10005-2205

212-575-8500

*Please reply to New Jersey*

-----Original message-----
From: "Roshan Shah" [RShah@andersonshahlaw.com]
Sent: Monday, May 20 2024 2:12 PM
To:
Cc: Matthew.Lynch@law.njoag.gov,helana@mnblawfirm.com
Subject: RE: Doe v. Delaware Valley Regional High School

Not at this time. But I'm not waiving any right to require a privilege log when someone asserts a

EXHIBIT I