# EXHIBIT H

| | |
|---|---|
| From: | Roshan Shah |
| To: | Ron Berutti; Matthew.Lynch@law.njoag.gov |
| Subject: | RE: FW: Doe v. Delaware Exhibit A |
| Date: | Monday, May 20, 2024 3:56:38 PM |
| Sensitivity: | Confidential |

Fine with me.

**From:** Ron Berutti <ron@mnblawfirm.com>
**Sent:** Monday, May 20, 2024 3:56 PM
**To:** Roshan Shah <RShah@andersonshahlaw.com>; Matthew.Lynch@law.njoag.gov
**Subject:** RE: FW: Doe v. Delaware Exhibit A
**Sensitivity:** Confidential

Let's do a letter to the judge. You are playing "gotcha" and it is inappropriate in my view in light of the Court's Order and your failure to include anything about credentials therein.

Ronald A. Berutti

**Murray-Nolan Berutti LLC**

136 Central Avenue

Second Floor

Clark, New Jersey 07066

908-588-2111
Ron@MNBlawfirm.com

Website: www.MNBlawfirm.com

**New York:**

30 Wall Street

8th Floor

New York, New York 10005-2205

212-575-8500

*Please reply to New Jersey*

-----Original message-----
From: "Roshan Shah" [RShah@andersonshahlaw.com]
Sent: Monday, May 20 2024 3:50 PM



To: Matthew.Lynch@law.njoag.gov
Subject: RE: FW: Doe v. Delaware Exhibit A

Ron,

The letter submitted was a medical record, not an expert report. If there are draft medical records, we should receive them.

She signed the certification. She has an independent duty to determine the veracity of what she signs.

**From:** Ron Berutti <ron@mnblawfirm.com>
**Sent:** Monday, May 20, 2024 3:42 PM
**To:** Roshan Shah <RShah@andersonshahlaw.com>; Matthew.Lynch@law.njoag.gov
**Subject:** RE: FW: Doe v. Delaware Exhibit A
**Sensitivity:** Confidential


Roshan,

I object to the request for a copy of all drafts of the Letter. Once again, all that is potentially discoverable right now are the medical records and, per agreement, licensure information.

Further, with respect to Ms. Pirozolli, I object to the first licensure request given the representation that it was my error not to make the change in licensure designation prior to filing. Obviously, your request for all licensure will reveal what you need—all licensure.

Please make such revisions to the subpoenas.

Thank you.


Ronald A. Berutti

**Murray-Nolan Berutti LLC**

136 Central Avenue

Second Floor

Clark, New Jersey 07066

908-588-2111
Ron@MNBlawfirm.com

Website: www.MNBlawfirm.com


**New York:**

30 Wall Street

8th Floor

New York, New York 10005-2205

212-575-8500

*Please reply to New Jersey*

-----Original message-----
From: "Roshan Shah" [RShah@andersonshahlaw.com]
Sent: Monday, May 20 2024 3:35 PM
To: Matthew.Lynch@law.njoag.gov
Subject: FW: Doe v. Delaware Exhibit A
Here are the revised Exhibit As.

**From:** Vanessa Tlatenchi <VTlatenchi@andersonshahlaw.com>
**Sent:** Monday, May 20, 2024 3:27 PM
**To:** Roshan Shah <RShah@andersonshahlaw.com>
**Subject:** Doe v. Delaware Exhibit A
**Sensitivity:** Confidential

Please see attached.

**Vanessa Tlatenchi**
Paralegal
P. 732-852-5753  F. 732-576-0027
A. 1040 Broad Street, Suite 304, Shrewsbury, NJ
E. vtlatenchi@andersonshahlaw.com

Disclaimer: The filters and firewalls needed in the current internet environment may delay receipt of emails, particularly those containing attachments. We strongly urge you to use delivery receipt and/or telephone calls to confirm receipt of important email.

Confidentiality Notice: This electronic message contains information from the law firm of Anderson Shah. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.