

**Anderson & Shah, LLC**
Attorneys at Law

**ROSHAN D. SHAH** | Managing Partner
rshah@andersonshahlaw.com
P: 732-398-6544 | F: 732-576-0027

June 7, 2024

**VIA CM/ECF ONLY**
Hon. J.  Brendan Day, U.S.M.J.
Clarkson S. Fisher Building
      & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      **Re:**    **Doe v. Delaware Valley Reg'l High School Bd. of Ed., et al.**
              **Civil Action No. 24-107 (GC-JBD)**

Dear Judge Day:

This Firm represents Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda in the above-referenced matter. We write to the Court to update it on the status of the outstanding subpoenas served on Jane Doe's medical providers.

This afternoon, we received documents from Deborah Pirozzoli through the mail. We are awaiting documents from Hunterdon Pediatric Associates, though we have been in touch with its attorney, specifically Matthew Caminiti, Esq. of Duane Morris LLP, who has assured us that they are diligently working to prepare a response. We hope to receive those documents by next week. Once received, we anticipate writing to the Court to discuss whether depositions are necessary.

We thank the Court for its courtesies. If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

*/s/Roshan D. Shah*

ROSHAN D. SHAH, ESQ.
For the Firm


c:  All Counsel of Record