UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>                              Plaintiff,<br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>                              Defendants. | Civil Action No. 3:24-CV-107 (GC(JBD)<br><br>**ORDER TO SHOW CAUSE** |

**THIS MATTER** having been brought before the Court by Murray-Nolan Berutti LLC, attorneys for the plaintiff, John Doe (said name being fictitious), on Order to Show Cause seeking temporary restraining order and preliminary injunction pursuant to *Fed. R. Civ. P.* 65 and *L. Cv. R.* 65. 1, and upon the Declaration of John Doe and Memorandum of Law submitted herewith, the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown,

**IT IS** on this _____ day of June, 2024,

**ORDERED** that defendants appear and show cause on the _____ day of _____, 2024, before the United States District Court for the District of New Jersey, Honorable Georgette Castner, U.S.D.J. at the U.S. Courthouse, located at _____, New Jersey, at _____ o'clock, in the _____ noon, or as soon as thereafter that counsel can be heard, why an Order should not be entered;

1. Pending further hearing on this Order to Show Cause as follows:

    a. temporarily restraining and enjoining defendants from preventing Jane Doe, daughter of the plaintiff, from taking her final exams;

    b. taking any action to interfere with Jane Doe's ability to complete her school year remotely pending the outcome of this matter;

    c. taking any actions which would preclude Jane Doe from advancing to her sophomore year;

    d. granting such other and further relief as may be just and proper.

2. A copy of this Order to Show Cause, Complaint, supporting Declaration and Memorandum of Law submitted in support of this application, shall be deemed served upon the filing of the within application by ECF, which shall constitute good and sufficient service pursuant to section 14(b)(1) of *L.Civ.R.* 5.2;

3. Defendants shall file and serve a written response to this Order to Show Cause by _____, 2024.

4. The plaintiff must file and serve any written Reply papers to defendants' opposition to the Order to Show Cause by _____, 2024.

5. If defendants do not file and serve Opposition to the Order to Show Cause, the application will be decided on the papers on the return date and relief will be granted by default.

6. If the plaintiff has not already done so, a proposed form of Order addressing the relief sought on the return date, along with a self-addressed stamped envelope, with a return address and postage, must be submitted to the Court no later than three (3) days prior to the return date.

7. The Court will notify the parties whether it will entertain oral argument on the return date of the Order to Show Cause in accordance with Local Rule 78.1.

_____
Honorable Georgette Castner, U.S.D.J.

Dated: June      , 2024