UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>      Plaintiff,<br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>      Defendants. | Civil Action No. 3:24-cv-107 GC-JBD<br><br>**DECLARATION OF JOHN DOE**<br>**(said name being fictitious)** |

  **JOHN DOE (said name being fictitious)**, of full age, hereby declares as follows under penalty of perjury:

  1. I am the plaintiff herein. I am fully familiar with the facts set forth herein. I make this Declaration in support of my application for an Order to Show Cause seeking temporary restraints and a preliminary injunction. I am moving by way of Order to Show Cause because defendants are taking actions to prevent my daughter, "Jane Doe" ("Jane"), from taking final examinations and are refusing to promote her to her sophomore school year, such that the relief sought is time sensitive and requires immediate review, pursuant to *L.Civ.R.* 65.1.

2. The document attached hereto as **Exhibit A** is a true copy of a letter from defendant Scott McKinney, Superintendent of defendant Delaware Valley Regional High School ("DVRHS"), dated May 30, 2024.

3. As noted therein, defendants have asserted that they will not promote Jane to her sophomore year of high school.

4. Attached hereto as **Exhibit B** is a true copy of Jane's grades. She is an excellent student who primarily gets A's and A+ marks, with an occasional exception.

5. Jane is also in communication with her teachers who interact with her online, as noted in the documents attached hereto as **Exhibit C.**

6. Jane spends full days in front of her computer doing her school work while this litigation is ongoing. The litigation has been delayed by defendants DVRHS, McKinney, and Ashley Miranda ("DVRHS Defendants") who have been seeking Jane's medical records which is slowing down the process of obtaining relief in this action.

7. I note that when socially transitioning Jane without my knowledge, the DVRHS Defendants never requested of her or of me whether Jane was undergoing psychological counselling or otherwise was receiving related care from a pediatrician, which she was. The fact that the DVRHS defendants suddenly are now interested in such information does not in any way alter the reality that they interfered with such professional help that I had sought out for my daughter in what I, as her father, believed was in her best medical and psychological interests. Consequently, the delay being caused by such belated efforts to obtain Jane's treatment records in no way impacts the damage already done, and is a "too little too late" effort which does not change the fact of the harm they caused which has led to my daughter now studying from home under the circumstances on the advice of her health care providers.

Case 3:24-cv-00107-GC-JBD   Document 59-2   Filed 06/11/24   Page 3 of 3 PageID: 671

8. Moreover, I recently learned that the DVRHS Defendants are not going to let Jane take her final exams. Attached hereto as **Exhibit D** is a note to Jane. from one of her teachers in such regard. Final exams are imminent, as is the end of the school year.

9. Attached hereto as **Exhibit E** is a letter that Jane wrote on her own, without my prodding or assistance, concerning the DVRHS Defendants' actions toward her.

10. The DVRHS Defendants' actions plainly are punitive in light of Jane's ongoing success as a student while home. She is at home strictly because defendants' actions are interfering with my rights as a parent, including my right to direct her medical and psychological care.

11. I have lost hundreds of hours of work because I have had to be home for Jane during this period of time to help make sure that she is properly equipped for school and is able to have a trusted adult present who can help her with any issues that may arise from her at-home schooling. That the DVRHS Defendants intend to punish her, regardless, is causing her tremendous anguish, as it is to our whole family.

_____
John Doe

Dated: June 11, 2024