8. Moreover, I recently learned that the DVRHS Defendants are not going to let Jane take her final exams. Attached hereto as **Exhibit D** is a note to Jane, from one of her teachers in such regard. Final exams are imminent, as is the end of the school year.

9. Attached hereto as **Exhibit E** is a letter that Jane wrote on her own, without my prodding or assistance, concerning the DVRHS Defendants' actions toward her.

10. The DVRHS Defendants' actions plainly are punitive in light of Jane's ongoing success as a student while home. She is at home strictly because defendants' actions are interfering with my rights as a parent, including my right to direct her medical and psychological care.

11. I have lost hundreds of hours of work because I have had to be home for Jane during this period of time to help make sure that she is properly equipped for school and is able to have a trusted adult present who can help her with any issues that may arise from her at-home schooling. That the DVRHS Defendants intend to punish her, regardless, is causing her tremendous anguish, as it is to our whole family.

*/s/ John Doe*
John Doe

Dated: June 11, 2024