# EXHIBIT B

Case 3:24-cv-00107-GC-JBD   Document 59-5   Filed 06/11/24   Page 2 of 8 PageID: 676















M1  **M2**  M3  M4  F1

SH  Sarah Hall

Grade

M1  **M2**  M3  M4  F1

Assignments                              Attendance

**Fri Jan 19**
book 21 character actions                    A+
Classwork                                 10 of 10

**Thu Jan 18**
book 19 notes                                 F
Participation                              0 of 10
** notes total needed 5 summative / now if you need further explanation **
● Missing

**Thu Jan 11**
Membean quiz 2 MPD 2                          F
Quiz                                      0 of 20
● Missing

**Tue Jan 9**
Membean Training 2 MPD 2                     A-
Classwork                                 9 of 10

M1  **M2**  M3  M4  F1

**Tue Jan 9**

**Fri Jan 5**
mid year reading comp growth assessment      B-
Participation                              8 of 10

**Tue Jan 2**
book 12 writing                              C+
Essays                                  15 of 20

**Fri Dec 8**
CommonLit David and Goliath                  C+
Classwork                                 7 of 10

**Wed Dec 6**
Book 10 Odyssey Circe's Island               A+
Classwork                               10 of 10

Monster Project                              B-
Project                                 24 of 30
Monday discuss meaning of the character you chose.



M1  M2  **M3**  M4  F1

SH  Sarah Hall

Grade

M1  M2  **M3**  M4  F1

**Thu Mar 14**
Final SG essay                                F
Essays                                   0 of 20
● Missing

**Mon Mar 11**
Reading Check Part 4                          F
Quiz                                     0 of 20
Missing

**Mon Mar 4**
SG Reading Check Part 3                      A-
Quiz                                    18 of 20
Missing

**Thu Feb 29**
Membean Quiz 2                                A
Quiz                                    19 of 20
Missing

Membean Training 2
Classwork

M1  M2  **M3**  M4  F1

**Thu Feb 29**
The Quiz you make (not the quiz you take)     F
Classwork                                 0 of 10
● Missing

**Tue Feb 27**
SG Part 2 reading check                       C
Quiz                                    14 of 20
Missing

**Thu Feb 22**
code of chivalry                             A-
Classwork                                 9 of 10

**Wed Feb 21**
shield project                                B
Project                                 27 of 30

**Mon Feb 12**
Part One Quiz                                A+
Quiz                                    19 of 20

M1  M2  **M3**  M4  F1

**Mon Feb 12**
Quiz                                    19 of 20
Missing

BOOK pre read opinion paragraph              B-
Essays                                   8 of 10

**Wed Feb 7**
Membean Quiz 1 MPD 3                         B-
Quiz                                    16 of 20
● Late

Membean Training 1 MPD 3                      A
Classwork                                9 of 10

**Fri Feb 2**
coming of age question response              B-
Essays                                  11 of 15

**Tue Jan 30**
Book 22 Reading quiz                         D+
Quiz                                    13 of 20





