# EXHIBIT C





### Re: house project

You leave commentary for yourself in the appropriate columns. If you need to improve a criterion, write down what you can do to make it better. If you exceed the criterion, write down evidence of how you exceeded it. If you meet the minimal requirement and it doesn't necessarily need work, you can simply put a check next to the criterion.



2/6/24

### Re: Algebra - Check In

Hi! I have been working on the notes! When you get a chance could you possibly send me the test so I can make it up? Thank you!

- a.h

See More

**Britney Regiec**
To: Avery Heaps

2/6/24

Okay awesome! Nice job!

I will send you the Test later today 😃

Mrs. Regiec



### Re: cell size lab questions

Howdy,

For table 2, write 6mm for each cube.



### work today

Hello! I haven't seen a module for the work today yet and I was wondering what we were doing. Could you please let me know? Thank you!

See More

**Sarah Hall**
To: Avery Heaps

1/26/23

Hi

This is in Canvas listed as book 12 writing:

Select any two of the questions listed there and write a paragraph about each for a total of two paragraphs. Please make sure that you use a quote as evidence in each paragraph.

You may also find the full movie on youtube if you would like to watch it - we will be doing that Friday!!



### assignment question

Hi! What are the "Newton's Dark Secrets" questions? I'm trying to get work in that I haven't finished/done and it's is one of the last things I need to do and I'm unsure of what it is and/or how to do it. Thank you!

**Laura Cariddi**
To: Avery Heaps

2/21/24

Good Morning,

Please see the email from 2/7 entitled "Global Studies Class directions 2/7" for directions and video questions.

Mrs. Cariddi



### Re: time travel inflation

Sorry - I should have listed that.

**quick check**

Hello! Just checking if there's anything I'm missing for this marking period :)
Thank you so much!




**Avery Heaps** — Yesterday
To: Britney Regiec

**quick check**

Hello! Just checking if there's anything I'm missing for this marking period :)
Thank you so much!



**Karl Gursky** — Yesterday
To: Avery Heaps

Hola,

You have completed and submitted all work for the marking period.

Sra. Gursky


**Britney Regiec** — Yesterday
To: Avery Heaps

 — Yesterday
To: Carolyn Wolsiefer

Nope you are good! We are now working on Review packets that I have in Canvas. So if you start working on them, you can email me a few pictures and I give you some participation/classwork points for those!

**quick check**

Hello! Just checking if there's anything I'm missing for this marking period :)
Thank you so much!



**Cynthia Ezzard** — 10:58
To: Avery Heaps

**Re: quick check**

Howdy,

You are all caught up except for the final review that is due on Friday.

Be well,
Ezzard

**Carolyn Wolsiefer** — Yesterday
To: Avery Heaps

Not that I can think of. You are good to go.



**Laura Cariddi** — 10:02
To: Avery Heaps

**Sarah Hall** — 08:48
To: Avery, Diane

**Re: quick check**

Hi,
So the only outstanding assignment is the notebook we kept all marking period for TKAMB.

If you would like credit for this to replace the class notes you can do the answers to chapter questions that are not already documented as a singular grade.

Let me know if you need clarification.

Take care,
SH

**Re: quick check**

Hi,

You have submitted all of your assignments.

Mrs. Cariddi