# EXHIBIT D

**Britney Regiec**
To: Avery [redacted]

5/30/24

### Algebra Review

Good Morning,

I was just informed that you won't be completing the Algebra Final Exam, but I would still like you to work on the Reviews. I am going to count them as classwork grades and think its great for practice for you from an educational standpoint.

---

**Cynthia Ezzard**
To: Avery [redacted]



Howdy [redacted],

I do not know what arrangements have been made for you. All year there were no arrangements for quizzes and tests either. I guess we will have to wait and see.

All that being said, you are a wonderful student!! You should be quite proud of yourself for getting so much work done.

Be well,
Ezzard