# EXHIBIT E

June 4th, 2024

To whom it may concern,

I have recently learned that the school is failing me in all my classes this year for "not meeting obligations." This is the first I am hearing of this, and I think it is *absolutely* unfair. Since all this has begun, I have been working every day, waking up at seven and going until at least twelve. I have been doing all of this work with myself as both teacher and student for the past six months, getting help from others when I feel it's needed. I am in close contact with all my teachers, and I do everything they ask of me to the best of my ability. I ask them questions, I ask for clarification, I ask for ways I can improve. I take tests and quizzes in all the classes my teachers allow me to. Not every assignment may be turned in on time, but that's just how it tends to be with school; some things are more confusing than others or take longer than expected, even when *in* school. I have always averaged As and Bs in basically every class. I was a child in the Gifted and Talented program when in elementary school and I still procure high grades to this day. I have been teaching *myself* each new topic and *still* getting high grades. Everything I've done over the past few months has been to the absolute best of my ability. My potential for my academic career could have been amazing if this wasn't happening.

Through this action, it has become apparent to me that my life and potential, in both school and careers, is unimportant to the school. With this action, the school is purposefully holding me back from being what I could be. They would rather protect their wrongdoings than follow through on taking care of their student. I have always believed during all this that that was their main concern, but I guess that's not the case.

I am angry. I am confused. I am insulted, and, honestly, betrayed. This situation has made me incredibly frustrated. I feel like the school is neglecting me. It's made me close to *depressed* at points. If there's genuine concern for me within the school's motivations, they wouldn't be doing this. It's hurting me deeply. I've been terrified that something like this would happen, and it's so frustrating that the school isn't even acknowledging how well I've been doing, practically teaching myself the material and *still* getting those As and Bs I've gotten when taught by an actual teacher.

This is unacceptable.


-Jane Doe