UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>                      Plaintiff,<br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>                      Defendants. | Civil Action No. 3:24-CV-107 (GC(JBD)<br><br><br>**ORDER GRANTING TEMPORARY RESTRAINING ORDER IN FAVOR OF THE PLAINTIFF.** |

**THIS MATTER** having been brought before the Court by Murray-Nolan Berutti LLC, attorneys for the plaintiff, John Doe (said name being fictitious), on Order to Show Cause seeking temporary restraining order and preliminary injunction pursuant to *Fed. R. Civ. P.* 65 and *L. Cv. R.* 65. 1, and the Court having reviewed the papers submitted in support thereof, and any submitted in opposition thereto, and it appearing that the plaintiff has satisfied all criteria for entry of a temporary restraining order in keeping with the *Federal Rules of Civil Procedure*, and for good cause shown,

**IT IS** on this _____ day of June, 2024,

**ORDERED** that pending the outcome of this litigation on the merits, defendants be, and hereby are,

    a. temporarily restrained and enjoined from preventing Jane Doe (said name being fictitious) from taking her final exams;

    b. temporarily restrained and enjoined from taking any action to interfere with Jane Doe's ability to complete her school year remotely pending the outcome of this matter;

    c. temporarily restrained and enjoined from taking any actions which would preclude Jane Doe from advancing to her sophomore year; and it is further

**ORDERED** that the filing of the within Order by ECF shall constitute good and sufficient service on all parties.

_____
Honorable Georgette Castner, U.S.D.J.