# MURRAY-NOLAN BERUTTI LLC

## *Attorneys at Law*

| | |
|---|---|
| **Partners** | **Associates** |
| Gwyneth K. Murray-Nolan (NJ, NY, DC) | Rebecca R. Petersen (NJ) |
| Ronald A. Berutti (NJ, NY, KY) | Nicholas P. Nachtergaele (NJ) |

**Reply to:** Ron@MNBlawfirm.com

June 11, 2024

**Via eCourts**

Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

        **Doe v. Delaware Valley High School Board of Ed. et als.**
        **Civ. No. 3:24-cv-107 (GC)(JBD)**
        **Our File No. 01195**

Dear Judge Castner,

    As Your Honor is aware, this firm represents the plaintiff, Mr. Doe, herein. We are following up with respect to the scheduling notice issued today by the Court which set July 15, 2024 as the return date for the motion we filed today. We just wish to ensure that Your Honor is aware that our filing was an Order to Show Cause which is emergent in nature. Thus, we respectfully request as immediate attention to the application as is possible.

    We thank Your Honor for consideration of the above and apologize for any inconvenience.

                                    Respectfully yours,

                                    **MURRAY-NOLAN BERUTTI LLC**

                                    *Ronald A. Berutti*
                        By:_____
                                Ronald A. Berutti

RAB/hlf
cc:    All Counsel of Record – Via eCourts