ROSHAN D. SHAH, ESQ.
**ANDERSON & SHAH, LLC**
**ATTORNEYS AT LAW**
1040 Broad Street, Suite 304
Shrewsbury, New Jersey 07702
Telephone:   (732) 398-6545
Facsimile:    (732) 576-0027
*Attorneys for Defendants Delaware Valley Regional High School Board of Education,*
*Scott McKinney, and Ashley Miranda*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| JANE DOE (said name being fictitious), | Hon. Georgette Castner, U.S.D.J. |
| Plaintiff(s), | Civil Action No. 24-107 (GC-JBD) |
| v. | |
| | <u>CIVIL ACTION</u> |
| DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, et al., | **CERTIFICATE OF SERVICE** |
| Defendant(s). | |

I hereby certify that, on this date, Defendants Delaware Valley Regional High School Board of Education, Ashley Miranda and Scott McKinney's opposition to Plaintiff John Doe's second application for a temporary restraining order was filed with the Clerk of the United States District Court for the District of New Jersey, and a copy was served upon all counsel of record via the Case Management/Electronic Case Filing (CM/ECF) system.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: June 13, 2024                           */s/ Roshan D. Shah, Esq.*
                                                Roshan D. Shah, Esq.