19. It pains me to see my daughter's right to a quality education being stripped from her and that this school does not have my daughter's best interest at heart and quite frankly, never did.

20. By attempting to keep Jane back, what the DVRHS Defendants really are doing if putting pressure on me either to drop my legal case or to allow them to harm my daughter. I am unwilling to do either and now must stand up both for my right for my child to receive a thorough and efficient free public education, but also for me to exercise my right to bring this lawsuit and litigate it without exposing my daughter to more unconstitutional harm.

*John Doe*
John Doe

Dated: June 14, 2024