UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE: TRENTON**  **DATE: 6/20/2024**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: KIM WILSON**

**TITLE OF CASE:**  24-CV-107 (GC)(JBD)
JOHN DOE
v.
DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION et al.

**APPEARANCES:**
Ronald Berutti, Esq. for Plaintiff
Roshan Shah, Esq., & Matthew Lynch, Esq., for Defendants

**NATURE OF PROCEEDINGS: TELEPHONE CONFERENCE**
Telephonic Conference Held.
Order to issue.

**TIME COMMENCED:**   9:04 a.m.
**TIME ADJOURNED:**   9:20 a.m.
**TOTAL TIME:**           16 mins

s/ *Jamie Quinn*
**Deputy Clerk**