

**ROSHAN D. SHAH** | Managing Partner
rshah@andersonshahlaw.com
P: 732-398-6544 | F: 732-576-0027

June 21, 2024

**VIA CM/ECF ONLY**
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re: **Doe v. Delaware Valley Reg'l High School Bd. of Ed., et al.**
           **Civil Action No. 24-107 (GC-JBD)**

Dear Judge Day:

This Firm represents Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda in the above-referenced matter. We write to the Court to update it on the status of the subpoenas served on Jane Doe's medical providers.

We received medical records from both Deborah Pirozzoli and Hunterdon Pediatric Associates and have disseminated the records to all counsel.

At this time, we are requesting a status conference with Your Honor and with our adversary to discuss potential depositions in this matter.

We thank the Court for its courtesies. If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

*/s/Roshan D. Shah*

ROSHAN D. SHAH, ESQ.
For the Firm


c: All Counsel of Record