# EXHIBIT A

# Delaware Valley Regional High School
## Board of Education

19 Senator Stout Road • Frenchtown • New Jersey • 08825-3721
Telephone: 908-996-2727 · Fax: 908-996-4527 · Website: dvrhs.org

| **Scott McKinney** | **Teresa O'Brien, RSBA** | **Michael Kays** |
|---|---|---|
| *Superintendent* | *School Business Administrator/Board Secretary* | *Principal* |

VIA E-MAIL &
REGULAR MAIL

May 30, 2024



Re:  In the Matter of the Delaware Valley Regional High School District Board of Education and ███

Dear Mr. ███

I write to you today regarding ███'s status as a freshman in the Delaware Valley Regional High School District and to notify you that ███ will likely be retained as a freshman for the 2024-2025 school year. As you may be aware, promotion and retention in 9th to 12th grade is based on successful completion of the courses necessary to remain on a trajectory for completion of high school credit requirements by the end of 12th grade. ███ has not attended school since late November 2023 and has not participated in any of the home instruction options provided by the District, including virtual instruction or through an online program. Accordingly, we anticipate that ███ will not be promoted.

The District remains available to work with you to help ███ complete courses that will assist in the advancement to 10th grade for the 2024-2025 school year. This is available through Educere which can be completed online. If ███ completes pre-approved courses through Educere, we will count those courses towards graduation credit and reassess if ███ can be promoted. Generally, if sufficient credits are completed, so that any remaining courses can be made up during subsequent school years or during the summer, a student can be promoted.

As always, we remain available to discuss ███ courses and to assist in scheduling Educere classes to assist ███ in advancing to 10th grade for the 2024-2025 school year.

Sincerely,

Scott McKinney
Superintendent of Schools

cc:  Principal
     Supervisor of Guidance