# EXHIBIT B

M1 M2 M3 M4 F1
U8L1 HomeTutor Vocabulario #1-4 A+
Prueba - El pretérito de IR, SER y HACER A-
Pensamientos - abril A+
p.380 act.5 A+
U7L2 Vocabulario B A+
Open Note Assessment - Affirmative/Negative Words A-
SD - Negation (x3) D+
U7L1 HomeTutor Gramática 2 #1 y #2 A+
p.377 act. 4 B
TIL - Vocabulary Block 1 - Negative Words (x2) A+
U7L1 Quiz - Vocab and ER/IR Preterite A+
TIL - El pretérito A+
U7L1 HomeTutor Gramática 1 #1-5 A+
U7L1 Gramática B A+
Pensamientos - marzo A+
U7L1 HomeTutor Vocabulario #1-4 A+
KG Karl Gursky
Grade
A
Tertulia 6/5
Pensamientos - mayo A-
Prueba - El presente progresivo A
SD - Present Progressive (x4) A+
Hablar: ¡Date prisa! A+
U8L1 HomeTutor Gramática 2 #1-4 A+
TIL - Present Continuous A+
p.421 act.11 A+
Prueba - Vocabulario de U8L1 y verbos reflexivos A
TIL - Reflexive Pronouns A+
U8L1 HomeTutor Gramática 1 #1-4 A+
p.416 act. 8 y 9
p.430 act. 2 y p.431 act.3

M1 M2 M3 M4 F1
Tue Apr 23
Capitalist Connection (vocab and QR)
D+
Sun Apr 21
Capitalism CC edpuzzle
A+
Fri Apr 19
Capitalism Commonlit
B-
Wed Apr 17
Advances in Transportation research
A-
Industrial Revolution crossword
A+
M1 M2 M3 M4 F1
Wed Apr 17
Sun Apr 14
25 facts about the IR: edpuzzle
A+
Thu Apr 11
Problems in Factories (primary source)
B-
Tue Apr 9
IR: Agriculture and Industry research
A-
Mankind: Revolutions video questions
A+
Thu Mar 28
Nationalism Sweeps Europe atlas
B-
M1 M2 M3 M4 F1
Napoleon Hero or Villain Discussion paragraphs
B+
Napoleon Hero or Villain Discussion response
D+
Day 1: Napoleon research
A+
Day 2: Napoleon Research
A+
Napoleon Report Card
B-
Napoleon Crash Course
A+
M1 M2 M3 M4 F1
C
Absences
Assignments
Attendance
Wed May 29
World War 1 webquest
B+
Thu May 23
HOW WWI started edpuzzle
A+
WHO started WWI edpuzzle
B
Fri May 17
Day 2: Shell Shocked video questions
C-
M1 M2 M3 M4 F1
Fri May 17
Wed May 15
World War 1 google slides
C
Mon May 13
Day 1: Shell Shock video questions
C
Thu May 9
Imperialism CC edpuzzle
D+
Imperialism Continues in Asia atlas page
A
Imperialism in Asia and the Pacific atlas page
A-
M1 M2 M3 M4 F1
Thu May 9
Tue May 7
Industrial Revolution
F
Fri May 3
Imperialism in Africa atlas page
B+
Thu Apr 25
"Speed" Mankind video excerpt
B-
Modest Proposal
F

HW: U2-Invt3-Vocabulary - Transport A+

CW: Cell Review WS A+

Test: U2-Invt 1 & 2 - BioChem&Org F

Lab: U2-Invt2-Ev 2 How does Matter get to a Cell C+

CW: Macromolecules & Enzymes WS

Little Girl Lost A-

Activity: DS/Hydrolysis Gizmo B

CW: U2-Invt2-Ev1 - Organization of Org A+

Quiz: U2-Invt1 F

Lab: Enzymatic Activity - Liver C+

Hw: Video-Enzymes & Controlling Enzymes A+

U2-Invt 1 - Enzyme Lab - Penny A-

U2-Invt 1 - Ev 3 - Enzymatic Browning A

HW: Video 7&8 - Protein Structure A+

Activity: Macromolecules WS A+

HW: Video #6 & #8 - Lipids & NA A+

Lab: U2-Invt 1 - Ev 2 - Food Chemistry F

Activity: Cellular Respiration Poster A-

HW: 10.2 Packet-Process of DB B-

HW: CH 10 Packet - 10.1 A-

HW: Video - Notes - Cellular Respiration B+

Quiz: Photosynthesis

Activity: Photosynthesis Poster B

CW: Review Photosynthesis A-

HW: MrDBioCFC - Photosynthesis B

HW: 9.3 Photosynthesis WS A+

Lab: Photosynthesis Gizmo B-

HW: U2-Invt 5 - Vocabulary A+

HW: U2-Invt4-Ev1-Ev3 - What controls a cell? B+

Hw: Cell Transport Review A+

Lab: Cell Size & Diffusion A

Quiz: Cell Transport

CW: Cell Transport Videos and WB & Amoeba

U3-Invt3-Ev1 - Endo/exocytosis Videos & WS A+

CW: "De-icing" Article + WS A+

Lab: Diffusion Across a Membrane C

Lab: U2-Invt 3 - Ev 1 Cell Membrane - "Bubble" B

Review Ch 10 Cellular Respiration A+

U2 Invt 4 Ev 1-4 Posters B+

M2
KG
Kari Gursky
Grade
Absences
Assignments
Attendance
Fri Jan 12
U5L2 Gramática A y p.278 act.5
A+
M2
Fri Jan 12
U5L2 Gramática B
A+
Quiz - U5L2 Vocab, Commands, Acabar de
A+
U5L2 Cultura B y C
A+
U5L2 Gramática C2 - Tú commands and Acabar de
A+
Pensamientos - diciembre
A+
U5L2 Vocabulario C
A+

M2
U5L2 Vocabulario A y B
A+
Una casa ideal
A
Casa ideal: Self-Edit/Evaluation
A+
Casa ideal: Floor Plan
A+
Casa ideal: Handwritten Draft
A+
M2
Prueba - Vocabulario de U5L1
B
U5L1 Gramática C - Ser y Estar
A+
Fri Dec 1
SD - Ser y Estar (x3)
A+
U5L1 Gramática A - Ser y Estar
A+
Pensamientos - noviembre
A+
U5L1 HomeTutor - Vocabulario #1-3
A+
U5L1 Vocabulario A y B
A+

M1 M2 M3 M4 F1
SH
Sarah Hall
Grade
M1 M2 M3 M4 F1
Assignments
Attendance
Fri Jan 19
book 21 character actions
A+
Thu Jan 18
book 19 notes
F
Thu Jan 11
Membean quiz 2 MPD 2
F
Tue Jan 9
Membean Training 2 MPD 2
A-
M1 M2 M3 M4 F1
Tue Jan 9
Fri Jan 5
mid year reading comp growth assessment
B-
Tue Jan 2
book 12 writing
C-
Fri Dec 8
CommonLit David and Goliath
C-
Wed Dec 6
Book 10 Odyssey Circe's Island
A+
Monster Project
B-
24 of 30

M1 M2 M3 M4 F1
SH
Sarah Hall
Grade
M1 M2 M3 M4 F1
Final 60 essay
F
Mon Mar 11
Reading Check Part 4
F
Mon Mar 4
60 Reading Check Part 3
A-
Thu Feb 29
Membean Quiz 2
A
Membean Training 2
M1 M2 M3 M4 F1
Thu Feb 29
The Quiz you make (not the quiz you take)
F
Tue Feb 27
6G Part 2 reading check
C
Thu Feb 22
code of chivalry
A-
Wed Feb 21
shield project
B
Mon Feb 12
Part One Quiz
A-
M1 M2 M3 M4 F1
Mon Feb 12
BOOK pre read opinion paragraph
B-
Wed Feb 7
Membean Quiz 1 MPD 3
B-
Membean Training 1 MPD 3
A
Fri Feb 2
coming of age question response
B-
Tue Jan 23
Book 22 Reading quiz
D+

M3
U6L2 Vocabulario C
A+
Partes del cuerpo song video
A+
U6L2 Vocab Packet
A+
U6L2 Vocabulario B
A+
SD - Saber v Conocer (x4)
A+
U6L1 Escribir B
A+
M3
Saber Conocer WS 1
A
U6L1 Gramática B2 - Saber Conocer
A+
U6L1 HomeTutor Grammar 2 #1-5
A+
Telehistoria 2 (p.311), Club de deportes (p.319)
A+
Quiz - U6L1 Vocab and Jugar
A
Hablar: Un atleta famoso
A
M3
U6L1 Gramática C - Jugar
A+
Mon Jan 29
Pensamientos - enero
A-
U6L1 Vocabulario B
A+
p.308 act.5 y 6
A
Wed Jan 24
U5 Unit Test
A-
U5 Unit Test Review
A+

M3
Grade
Absences
Assignments
Attendance
U6L2 Leer A y Leer B
A+
U7L1 Vocabulario A y Rompecabezas
A+
Tue Mar 19
AR Preterite Quiz
A-
U6L2 HomeTutor Gramática 2 #1-4
A+
M3
Fri Mar 15
Wed Mar 13
p.335 act.10 y 11
p.337 act.12
A+
Mon Mar 11
U6L2 Gramática B
A+
U6L2 HomeTutor Gramática 1 #1-4
A+
Thu Mar 7
U6L2 Gramática A
A+
p.332 act.6
A
M3
Thu Mar 7
Tue Mar 5
Quiz - U6L2 Vocabulary
A-
Fri Mar 1
Cultura: Gestos y Refranes Proyecto #2 (p.344)
A+
Wed Feb 28
Pensamientos - febrero
A-
SD - Verbs like Gustar
A+
U6L2 HomeTutor Vocabulary #1-6
A+

M1 M2 M3 M4 F1
Grade
Absences 10
Assignments
Attendance
Thu Jan 11
Renaissance imovie B+
Wed Dec 20
Artistic Scientist v Scientific Artist (w/partner) B+
Letter to Leonardo (w/partner) B
Renaissance CC edpuzzle (w/partner) A+
M1 M2 M3 M4 F1
Wed Dec 20
Mon Dec 18
Age of Exploration F
Sun Dec 17
Atlantic Slave Trade edpuzzle A+
Tue Dec 12
Triangle Trade Routes (w/ partner) A
15 of 16
Fri Dec 8
Age of Exploration crossword (w/ partner) A+
M1 M2 M3 M4 F1
Fri Dec 8
Wed Dec 6
Columbian Exchange questions A+
Mon Dec 4
America Before Columbus video questions A+
Sun Dec 3
History vs. Columbus edpuzzle A+
Thu Nov 30
Age of Exploration atlas pages (2 @ 10points each) A-
Absolutism, Scientific Revolution, Enlightenment F
Enlightenment Thinkers Edpuzzle A+
Messages from the Age of Reason B+
Declaration of Independence questions A+
What were they thinking? Enlightenment B-
Newton's Dark Secrets video questions B+
Black History Month edpuzzle A+
HvL 3 questions A+
Hobbes v Locke venn diagram A+
Rating a Monarch Research/Slide B-
Scientific Revolution CC edpuzzle A-
Scientific Revolution crossword A+
History of the Palace of Versailles edpuzzle D+
Events Leading to the Restoration timeline B-
Primogeniture Problem A+
Protestant Reformation F
Counter Reformation Guided Reading A-
Mt. Orthen to Defiance video Chart F
What were they thinking? Reformation B-