# EXHIBIT C







Kari Gursky [illegible]
[illegible]

[redacted] [illegible]
Good morning! [illegible]

Kari Gursky [illegible]
[illegible] You cannot complete the peer review since you are not [illegible]

[redacted] [illegible]
[illegible] how it works, however, [illegible] check the [illegible]

Kari Gursky [illegible]
[redacted]

**Re: house project**

You leave commentary for yourself in the appropriate columns. If you need to improve a criterion, write down what you can do to make it better. If you exceed the criterion, write down evidence of how you exceeded it. If you meet the minimal requirement and it doesn't necessarily need work, you can simply put a check next to the criterion.

[redacted] 2/6/24
To: [illegible]

**Re: Algebra - Check In**

Hi! I have been working on the notes! When you get a chance could you possibly send me the test so I can make it up? Thank you!

[redacted]

See More

Britney Regiec 2/6/24
To [redacted]

Okay awesome! Nice job!

I will send you the Test later today 😃

Mrs. Regiec

[redacted] [illegible]
[illegible] a few questions about the assignment, [illegible]

[redacted] 2/20/24
[illegible] figured these out, actually [illegible] always like [illegible]

[redacted] [illegible]
[illegible] All but the first one, I'm still unsure of how to get that information [illegible]

[redacted]thia Ezzard [illegible]
Howdy, it is always nice to hear from you. [illegible] the Table 2 is all the [illegible]

[redacted] [illegible]
[illegible] thank you so much! Should I just put N/A for the second table since [illegible]

Cynthia Ezzard [illegible]
To [redacted]

**Re: cell size lab questions**

Howdy,

For table 2, write 6mm for each cube.

[redacted] [illegible]
To: [illegible]

**work today**

Hello! I haven't seen a module for the work today yet and I was wondering what we were doing. Could you please let me know? Thank you!

[redacted]

See More

Sarah Hall [illegible]
[redacted]

Hi [redacted]

This is in Canvas listed as book 12 writing:

Select any two of the questions listed there and write a paragraph about each for a total of two paragraphs. Please make sure that you use a quote as evidence in each paragraph.

You may also find the full movie on youtube if you would like to watch it- we will be doing that Friday!!

[redacted] [illegible]
To: [illegible]

**assignment question**

Hi! What are the "Newton's Dark Secrets" questions? I'm trying to get work in that I haven't finished/done and it's is one of the last things I need to do and I'm unsure of what it is and/or how to do it. Thank you!

[redacted]

Laura Cariddi [illegible]
[redacted]

Good Morning,

Please see the email from 2/7 entitled "Global Studies Class directions 2/7" for directions and video questions.

Mrs. Cariddi

[redacted] [illegible]
Hi! What is my assigned amount of money for this assignment, or do I pick [illegible]

[redacted] [illegible]
I'm also a little stuck with the "Who is doing better?" assignment. (Could yo[illegible]

[redacted] [illegible]
I'm also a little stuck with the "Who is doing better?" assignment. (Could yo[illegible]

Carolyn Wolsiefer [illegible]
Yes, I can help. The amount is $100, but anything you chose would have [illegible]

[redacted] [illegible]
Ohh, alright! That helps a lot, thank you so much :) [illegible]

Carolyn Wolsiefer [illegible]
To: [redacted]

**Re: time travel inflation**

Sorry- I should have listed that

**quick check**

Hello! Just checking if there's anything I'm missing for this marking period :)
Thank you so much!



 Karl Gursky  Yesterday

Hola,

You have completed and submitted all work for the marking period.

Sra. Gursky

 To: Carolyn Wolslefer  Yesterday

**quick check**

Hello! Just checking if there's anything I'm missing for this marking period :)
Thank you so much!

 Carolyn Wolslefer  Yesterday

Not that I can think of. You are good to go.

 Laura Cariddi  10:02

**Re: quick check**

Hi,

You have submitted all of your assignments.

Mrs. Cariddi

---

 To: Britney, Reglec  Yesterday

**quick check**

Hello! Just checking if there's anything I'm missing for this marking period :)
Thank you so much!

 Britney Reglec  Yesterday

Nope you are good! We are now working on Review packets that I have in Canvas. So if you start working on them, you can email me a few pictures and I give you some participation/classwork points for those!

 Cynthia Ezzard  10:58

**Re: quick check**

Howdy,

You are all caught up except for the final review that is due on Friday.

Be well,
Ezzard

 Sarah Hall  08:45

**Re: quick check**

Hi,
So the only outstanding assignment is the notebook we kept all marking period for TKAMB.

If you would like credit for this to replace the class notes you can do the answers to chapter questions that are not already documented as a singular grade.

Let me know if you need clarification.

Take care,
SH