UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>       Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>       Defendants. | Civil Action No. 3:24-cv-107 GC-JBD<br><br>**REPLY DECLARATION<br>OF JOHN DOE<br>(said name being fictitious)** |

   **JOHN DOE (said name being fictitious)**, of full age, hereby declares as follows under penalty of perjury:

   1.  I am the plaintiff herein. I am fully familiar with the facts set forth herein. I make this Reply Declaration in further support of my application for an Order to Show Cause seeking temporary restraints and a preliminary injunction with respect to the threats by defendants Delaware Valley Regional High School ("DVRHS"), Scott McKinney, and Ashley Miranda (together, the "DVRHS Defendants") that my daughter, "Jane Doe" ("Jane"), will be unable to take her final examinations and to be promoted to her sophomore school year.

A.  **Background.**

2.  I have reviewed the opposition papers filed, including the Declaration of Scott McKinney. The Declaration is shocking in its outright dishonesty.

3.  To say my daughter has not been doing her school work is a blatant lie and merely another tactic to harm me in my rights and stop this case from moving forward.

4.  Jane was pulled from the school in December 2023 because the DVRHS Defendants flat out refused to allow me to parent my child and neglected to ask me about **MY CHILD'S** mental status before they allowed a non-qualified school guidance counselor to move forward with transitioning my daughter causing her to suffer deep confusion and extreme depression.

5.  The DVRHS Defendants never directly contacted me with respect to Jane's schooling until recently, when they asserted that Jane would be held back.

6.  The only communication from the DVRHS Defendants before that was an email from the DVRHS attorney to my attorneys on February 9, 2024. That letter concerned my 'options' about how Jane would be educated outside school and left it certain that she would continue to be socially transitioned. A true copy of that letter is attached hereto as **Exhibit A**.

7.  Although Jane was absent from school, her absence was based on advise of her pediatrician, Lori Ioriatti, and her family therapist of two years, Deb Pirozzoli, to keep Jane home until this issue was resolved to preserve her mental health and try to undo the harm the school had been causing my daughter.

8.  Jane has been monitored weekly and monthly by them and there are Drs. notes provided every 30 days, per the school's request. The professionals stated that Jane was NOT to return to school until this issue was resolved as it was clearly damaging my child's mental health.

9. Consequently, the options that were provided by the DVRHS Defendants to our attorney were unacceptable and contradicted the advice I was receiving from Jane's healthcare professionals. It also was unacceptable to me, as Jane's father. The only way the DVRHS Defendants were willing to yield was that if Jane, on her own, declared that she no longer wished to be transitioning. That is a big ask for a severely depressed and confused child of only 14 years young. Consequently, I took the advice of Jane's healthcare professionals and kept Jane close to home and with the people who truly love and care for her, instead of with the unprofessional and inadequately trained staff of DVRJS who secretly transitioned my fragile 14 year old child.

10. Jane, who was brand new to her high school. As freshman do, Jane was awkwardly looking for her place to fit in. She was lonely, confused, vulnerable, easily led, emotionally unstable for many reasons. She was and still is working through the trauma of her mother's death, and also has diagnoses of autism and ADHD.

**B.      Jane's Schooling Since December 2023.**

11. Every day, Jane wakes up at 7:30 a.m. and logs into her Canvas (school online platform) using her school-issued iPad. She goes through and checks what work needs to be done for the day, going into each class and looking through the week's module alongside the to-do tab within the app.

12. Jane then gets here work done by using materials that are provided, if any, to the best of her ability. If she has any questions or issues with the assignment, Jane emails her teachers, and also corresponds if any other difficulties come up. For example, if Jane finishes her work for the day, she sends it in, either through the Canvas assignment it was attached to or, if it does not have an assignment, Jane emails it to the proper teacher that assigned it.

13. We maintain records of everything that Jane did and can provide every assignment that was done, every conversation with every teacher she had had, and every grade that Jane has received.

14. Although Jane has passed every class with flying colors, DVRHS just recently had her grades turned into "Incompletes."

15. Only on May 30, 2024, after Jane has been completely diligent and engaged with her school work, did the DVRHS Defendants assert that she would not be permitted to advance to the next grade level. Therefore, after seven (7) months of Jane putting forth her best efforts and achieving outstanding results (mostly A+, A, and B grades) after the ordeal that she was put through by DVRHS, did the DVRHS Defendants advise me that Jane would not advance!

16. Given Jane's unwavering devotion to her schoolwork, the letter from the DVRHS Defendants was a cruel blow that completely fails to reflect the reality of the situation.

17. I note that I have also looked into the surrounding school districts for Jane. We have attempted to transfer Jane to another district, but waiting lists are so long so that another school is not an option for Jane. Further, I am a plumber and work hard to earn a living. Private and online schools are not an option as they are quite costly and I am financially unable to afford private school for Jane. Meanwhile, I probably have lost hundreds of hours of work because I have been home on many days so that I can be there to monitor Jane's schooling from home.

18. Jane's child's education is VERY important to me. I believe every child deserves education and should be educated. But I also believe that parents such as myself have an absolute right to be involved in decision making about things so fundamental as the gender of their children.

19. It pains me to see my daughter's right to a quality education being stripped from her and that this school does not have my daughter's best interest at heart and quite frankly, never did.

20. By attempting to keep Jane back, what the DVRHS Defendants really are doing if putting pressure on me either to drop my legal case or to allow them to harm my daughter. I am unwilling to do either and now must stand up both for my right for my child to receive a thorough and efficient free public education, but also for me to exercise my right to bring this lawsuit and litigate it without exposing my daughter to more unconstitutional harm.

_____
John Doe

Dated: June 14, 2024