EXHIBIT A

# FOGARTY & HARA
## COUNSELLORS AT LAW

RODNEY T. HARA
STEPHEN R. FOGARTY
VITTORIO S. LAPIRA
STACEY THERESE CHERRY
ROBERT D. LORFINK

JANET L. FIKE
SEAN W. FOGARTY
VERONICA A. ACEVEDO

21-00 ROUTE 208 SOUTH
FAIR LAWN, NEW JERSEY 07410

(201) 791-3340
TELECOPIER (201) 791-3432

February 9, 2024

**VIA EMAIL**

Ronald A. Berutti, Esq.
Murray-Nolan Berutti LLC
136 Central Avenue
2nd Floor
Clark, New Jersey 07066

    Re: **In the Matter of the Delaware Valley Regional High School Board of Education and ▓▓▓**
          **Our File No.: 18/334**

Dear Mr. Berutti:

    This correspondence is in response to your letter of February 2, 2024. As an update to the Delaware Valley School District's efforts to provide home instruction, please be advised that the District continues to search for home instruction providers that are available to go to the home or provide home instruction virtually. They do not have any teachers from the District, nor does the educational services commission have any teachers. Therefore, they have attempted to contract with an agency. To date, there are also no teachers available through an agency. While they will continue to look for home instructors who can come to the home, they can offer home instruction at the high school (after school), in the library, or through Educere. Please advise if your client would like the District to set up home instruction through any of these options.

    If you have any questions, of course, do not hesitate to contact us.

    With kind regards, we are

                  Very truly yours,

                  FOGARTY & HARA

                  BY: _/s/ Stacey Therese Cherry_
                         Stacey Therese Cherry

STC:aec
cc:    Scott McKinney – _via email only_
        Superintendent of Schools

{F&H00178144.DOCX/2}