

**ROSHAN D. SHAH** | Managing Partner
rshah@andersonshahlaw.com
P: 732-398-6544 | F: 732-576-0027

July 12, 2024

**VIA CM/ECF ONLY**
Hon. Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building
         & U.S. Courthouse
402 East State Street, Courtroom 5E
Trenton, NJ 08608

      Re:    **Doe v. Delaware Valley Reg'l High School Bd. of Ed., et al.
         Civil Action No. 24-107 (GC-JBD)**

Dear Judge Castner:

This Firm represents Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda in the above-referenced matter. We submit this joint status update to the Court concerning Jane Doe's final exams.

The parties are happy to report that Jane has completed taking her final exams without incident.

If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

*/s/Roshan D. Shah*

ROSHAN D. SHAH, ESQ.
For the Firm


c:  All Counsel of Record