UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, | Civ. No. 24-107 (GC)(JBD) |
| Plaintiff, | |
| v. | **ORDER** |
| DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, *et al.*, | |
| Defendants. | |

The Court having held a telephone status conference with counsel on June 28, 2024 to address outstanding issues regarding limited discovery in respect of plaintiff's pending motion for a preliminary injunction; and defendants having requested to depose non-party Jane Doe as part of that discovery; and plaintiff having objected to the request; and the Court having discussed that request with counsel during the June 28, 2024 telephone status conference; and the Court having carefully considered the request in light of the legal principles governing discovery and Rule 26(b)'s principles of relevance, proportionality, and burden of the requested deposition compared with its likely benefit; and the Court exercising its broad discretion to regulate discovery in civil proceedings; and the Court having determined that under the circumstances and present procedural posture of this case, a deposition of Jane Doe would not be proportional to the needs of the case at this time, would not result in relevant information necessary for the Court's

determination of the motion for a preliminary injunction, and would be unnecessarily burdensome to Jane Doe;

**IT IS** on this **26th day of July, 2024**,

**ORDERED** that defendants' request to depose Jane Doe is DENIED; and it is further

**ORDERED** that this Order is without prejudice to any party's right to seek the deposition of Jane Doe at a later stage of these proceedings.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE