

**ROSHAN D. SHAH** | Managing Partner
rshah@andersonshahlaw.com
P: 732-398-6544 | F: 732-576-0027

August 8, 2024

**VIA CM/ECF ONLY**
Hon. Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building
    &amp; U.S. Courthouse
402 East State Street, Courtroom 5E
Trenton, NJ 08608

    Re:    **Doe v. Delaware Valley Reg'l High School Bd. of Ed., et al.**
            **Civil Action No. 24-107 (GC-JBD)**

Dear Judge Castner:

This Firm represents Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda in the above-referenced matter. Currently due on or before August 16, 2024, are the parties' supplemental submissions relating to plaintiff's motion for a preliminary injunction. We respectfully request an adjournment of these dates until August 30, 2024, based on the following.

The two medical providers whose limited depositions we sought to take, and who are represented by counsel, have provided their availability for August 16th and August 23rd. We believe these depositions will help clarify the relevant facts and assist the Court in deciding the pending application.

If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

*/s/Roshan D. Shah*

ROSHAN D. SHAH, ESQ.
For the Firm


c:  All Counsel of Record