ROSHAN D. SHAH, ESQ. (042302009)
**ANDERSON & SHAH, LLC**
ATTORNEYS AT LAW
1040 Broad Street, Suite 304
Shrewsbury, New Jersey 07702
Telephone:   (732) 398-6545
Facsimile:   (732) 576-0027
*Attorneys for Defendant Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| A.H. DOE (said name being fictitious),<br><br>Plaintiff(s),<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, et al.,<br><br>Defendant(s). | Hon. Georgette Castner, U.S.M.J.<br><br>Civil Action No. 3:24-CV-107-GC-JBD<br><br><br><br>**DECLARATION OF**<br>**ROSHAN D. SHAH, ESQ.** |

I, Roshan D. Shah, Esq., of full age, hereby declare as follows:

1.   I am an attorney licensed to practice law in the State of New Jersey and am the Managing Partner of the law firm of Anderson & Shah, LLC, which represents Defendant of Delaware Valley Regional High School, Scott McKinney, and Ashley Miranda in this matter.

2.   I am fully familiar with the facts and circumstances herein.

3.   Attached as Exhibit A is a true and accurate copy of the transcript from the deposition of Debra Pirozolli, dated August 16, 2024.

4. Attached as Exhibit B is a true and accurate copy of the transcript from the deposition of Laurie Iorati, CPNP, dated August 23, 2024.

5. Attached as Exhibit C is a true and accurate copy of the medical records received from Debra Pirozolli.

6. Attached as Exhibit D is a true and accurate copy of the medical records received from Hunterdon Pediatric Associates.

I hereby declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 30, 2024

/s/ Roshan D. Shah
ROSHAN D. SHAH, ESQ.

# EXHIBIT A

## FILED UNDER SEAL

Transcript from the Deposition of Debra Pirozolli, dated August 16, 2024

# EXHIBIT B

## FILED UNDER SEAL

Transcript from the Deposition of Laurie Iorati, dated August 23, 2024

# EXHIBIT C

## FILED UNDER SEAL

Medical Records from Debra Pirozolli

# EXHIBIT D

## FILED UNDER SEAL

Medical Records from Hunterdon Pediatric Associates