MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 080
Trenton, New Jersey 08625
(609) 376-3100
*Attorneys for Defendants Attorney General of New Jersey and Acting Commissioner of the New Jersey Department of Education*

By:   Matthew Lynch (NJ Bar #045952011)
      Deputy Attorney General
      Matthew.lynch@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>Plaintiff,<br><br>vs.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education, et al,<br><br>Defendants. | Hon. Georgette Castner, U.S.D.J.<br>Hon. J. Brendan Day, U.S.M.J.<br><br>DOCKET NO. 1:24-cv-00107<br><br>Civil Action<br><br>**CERTIFICATION OF MATTHEW LYNCH** |

I, Matthew Lynch, do hereby certify as follows:

1. I am a Deputy Attorney General in the New Jersey Office of the Attorney General, counsel to Defendants Matthew J. Platkin, Attorney General of New Jersey, and Angelica Allen-McMillan, Acting Commissioner of the New Jersey Department of Education, in the above-captioned matter. I am over age 18 and competent to make this declaration. This Certification is submitted in support of the Attorney General and Acting Commissioner's Supplemental Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction.

2. Attached hereto as Exhibit A is: a true and correct copy of the transcript of the deposition of Debra A. Pirozzoli, which was held via Zoom Conference on Friday, August 16, 2024 and transcribed by Loretta LiSanti, a Certified Shorthand Reporter of the State of New Jersey; along with true and correct copies of the Exhibits marked and referencing during that deposition.

3. Attached hereto as Exhibit B is a true and correct copy of the transcript of the deposition of Lori Ioriatti, CPNP, PMHS, which was held via Zoom Conference on Friday, August 23, 2024 and transcribed by Catherine McLaughlin, a Certified Shorthand Reporter of the State of New Jersey; along with true and correct copies of the Exhibits marked and referencing during that deposition.

I certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ *Matthew Lynch*
Matthew Lynch
Deputy Attorney General

Date: August 30, 2024