MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex, P.O. Box 080
Trenton, New Jersey 08625
(609) 376-3100
*Attorney for Defendants, Matthew J. Platkin and Angelica Allen-McMillan*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY TRENTON
VICINAGE**

| | |
|---|---|
| JANE DOE (said name being fictitious),<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, et al.,<br><br>Defendants. | HON. Georgette Castner, U.S.D.J.<br><br>HON. J. Brendan Day, U.S.M.J.<br><br>Action No. 24-107 (GC-JBD)<br><br><u>CIVIL ACTION</u><br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that, on this date, Defendants Matthew J. Platkin and Angelica Allen-McMillan's supplemental brief in opposition to Plaintiff's request Preliminary Injunction was filed with the Clerk of the United States District Court for the District of New Jersey, and a copy was served upon all counsel of record via the Case Management/Electronic Case Filing (CM/ECF) system.

  I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: August 30, 2024                  */s/ Matthew Lynch*
                               Matthew Lynch
                               Deputy Attorney General