# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
Ronald A. Berutti (NJ, NY, KY, D. CO)

**Reply to:** Ron@MNBlaw.com

**Associate**
Rebecca Petersen (NJ)

**Of Counsel**
Beth Chambers (CO)

October 12, 2024

**Via eCourts**
Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> **Doe v. Delaware Valley High School Board of Ed. et als.**
> **Civ. No. 3:24-cv-107 (GC)(JBD)**
> **Our File No. 01195**

Dear Judge Castner,

    As Your Honor is aware, this firm represents the plaintiff herein. We are awaiting a determination as to our client's emergent application for a preliminary injunction which concerns the parental rights of our client with respect to the social transitioning of his minor child, who currently is not attending school in person due to what we claim to be a violation our client's constitutional rights. We anxiously await a decision in light of the ongoing harm being caused.

    Meanwhile, we are attaching a recently-decided persuasive authority within the Third Circuit, which upholds constitutional parental rights, *Tatel v. Mt. Lebanon Sch. Dist.*, 2024 U.S. Dist. LEXIS 176782 (W.D.Pa.), dated September 30, 2023. We respectfully submit the same in furtherance of our client's application for entry of a preliminary injunction.

                                Respectfully yours,

                                  MURRAY-NOLAN BERUTTI LLC

                                  */s/ Ronald A. Berutti*
                     By:_____
                           Ronald A. Berutti

RAB