

**State of New Jersey**
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 0112
TRENTON, NJ  08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

October 18, 2024

**<u>Via ECF</u>**
Honorable Georgette Castner, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    <u>Doe v. Delaware Valley Regional High School Bd. of Ed., et al.</u>
              Docket No.: 3:24-cv-00107-GC-JBD

Dear Judge Castner:

    Although Plaintiff brings to this Court's attention a recent opinion resolving cross motions for summary judgment in *Tatel v. Mt. Lebanon School District*, --- F. Supp. 3d ----, 2024 WL 4362459 (W.D. Pa. Sept. 30, 2024), *see* ECF No. 85, this Court has already soundly distinguished *Tatel* on its facts, *see* ECF No. 37 at 20-21, and nothing in this most recent opinion has changed such that *Tatel* would now favor Plaintiff's request for preliminary relief when it previously did not.

    As this Court already found in denying Plaintiff's TRO request, the challenged actions in *Tatel* involved affirmative behavior by a teacher—teaching first graders non-curricular content about gender identity— wholly unlike the non-coercive policy challenged here, which simply defers to student choice on gender. *See* ECF No. 37 at 20-21; *see also* State Defendants' Brief in Opposition to Plaintiff's Motion for Preliminary Injunction, ECF No. 45 at 21-25. Further, this Court has already considered and distinguished the Third Circuit precedents discussed in *Tatel*, including *Gruenke v. Seip*, 225 F.3d 290 (3d Cir. 2000) and *C.N. v. Ridgewood Board of Education*, 430 F.3d 159 (3d Cir. 2005), and properly concluded that those cases, like *Tatel*, involved "proactive, coercive interference with the parent-child relationship" not present here. ECF No. 37 at 15-16.




HUGHES JUSTICE COMPLEX · TELEPHONE: (609)376-3100   FAX: (609) 943-5853
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

In short, the summary judgment opinion in *Tatel* provides no support for Plaintiff's preliminary injunction request.

Sincerely yours,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/Matthew Lynch
Matthew Lynch
Deputy Attorney General


Cc: Via ECF
All counsel of record