# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
Ronald A. Berutti (NJ, NY, KY, D. CO)

**Associate**
Rebecca Petersen (NJ)

**Reply to:** Ron@MNBlaw.com

**Of Counsel**
Beth Chambers (CO)

October 23, 2024

<u>Via eCourts</u>
Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> **Doe v. Delaware Valley High School Board of Ed. et als.**
> **Civ. No. 3:24-cv-107 (GC)(JBD)**
> **Our File No. 01195**

Dear Judge Castner,

    As Your Honor is aware, this firm represents the plaintiff herein. We are awaiting a determination as to our client's emergent application for a preliminary injunction which concerns the parental rights of our client with respect to the social transitioning of his minor child, who currently is not attending school in person due to what we claim to be a violation our client's constitutional rights. We anxiously await a decision in light of the ongoing harm being caused.

    In that regard, please see a letter from Hunterdon Pediatric Associates, dated October 3, 2024, recommending that Jane Doe continue in her current online instruction as an educational accommodation in light of the issues present in this case.

    We thank Your Honor for consideration of this matter.

Respectfully yours,

**MURRAY-NOLAN BERUTTI LLC**

By: */s/ Ronald A. Berutti*
    Ronald A. Berutti

/RAB
Attachment

136 Central Avenue, 2nd Floor, Clark, New Jersey 07066 (908) 588-2111
30 Wall Street, 8th Floor, New York 10005 (212) 575-8500
3860 Newland Street, Wheat Ridge, Colorado 80033
**(Please reply to NJ office)**