

Hunterdon Pediatric Associates
6 Sand Hill Road, Suite 102
Flemington, NJ 08822
Phone:      (908)-782-6700
Fax:          (908)-788-5861

October 3, 2024

DOB ▮▮▮▮

To whom it may concern:

The above referenced patient was seen at Hunterdon Pediatrics today.

Avery continues to with difficulty with Anxiety, Over the last several months she has done well in the current setting with home instructions online. She continues to receive weekly counseling. At this point I am recommending she continue with the current educational accomodation as well as continue with counseling and medical interventions as needed.

*Lori Ioriatti, CPNP, PMHS* (signature)

Lori Ioriatti CPNP PMHS

Hunterdon Pediatric Associates, Hillsborough Office
286 Route 206
Hillsborough, NJ  08844
PHONE  908-237-4008
FAX  908-237-4064

HUNTERDON MEDICAL CENTER
A MEMBER OF THE HUNTERDON HEALTH SYSTEM