# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, said name being fictitious,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, *et al.*,<br><br>Defendants. | Civil Action No. 24-00107 (GC) (JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiff's second Motion for a Preliminary Injunction. (ECF No. 44.) Following briefing by the parties and limited discovery, the Court has carefully considered the parties' submissions and decided the Motion without oral argument pursuant to Federal Rule of Civil Procedure (Rule) 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Opinion, and other good cause shown,

**IT IS** on this 27th day of November 2024, **ORDERED** as follows:

1. Plaintiff's Motion for a Preliminary Injunction (ECF No. 44) is **DENIED**.

2. The Clerk is directed to **TERMINATE** the Motion pending at ECF No. 44.

3. Within thirty days of the date of entry of this Order, the parties shall file a joint motion to seal the accompanying Opinion with proposed redactions, if any. If no redactions are necessary, the parties shall so inform the Court by the same date. Failure to comply with this directive will result in the Opinion becoming unsealed in its entirety.

*/s/ Georgette Castner*
GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE