# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

| | |
|---|---|
| **Partners** | **Associate** |
| Gwyneth K. Murray-Nolan (NJ, NY, DC) | Rebecca Petersen (NJ) |
| Ronald A. Berutti (NJ, NY, KY, D. CO) | |
| | **Of Counsel** |
| **Reply to:** Ron@MNBlaw.com | Beth Chambers (CO) |

December 4, 2024

**Via eCourts**

Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

>**Doe v. Delaware Valley High School Board of Ed. et als.**
>**Civ. No. 3:24-cv-107 (GC)(JBD)**
>**Our File No. 01195**

Dear Judge Castner,

    As Your Honor is aware, this firm represents the plaintiff herein. In keeping with Your Honor's Order of November 27, 2024, the attorneys for the parties have consulted with their clients and one another and are in agreement that no part of the Court's sealed opinion needs to be redacted. Thus, we ask that the Opinion be released to the public as written.

    We thank Your Honor for consideration of this matter.

    Respectfully yours,

    **MURRAY-NOLAN BERUTTI LLC**

    */s/ Ronald A. Berutti*
By:_____
    Ronald A. Berutti

/RAB