# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
Ronald A. Berutti (NJ, NY, KY, D. CO)

Reply to: Ron@MNBlaw.com

**Associate**
Rebecca Petersen (NJ)

**Of Counsel**
Beth Chambers (CO)

December 4, 2024

**Via eCourts**
Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> **Doe v. Delaware Valley High School Board of Ed. et als.**
> **Civ. No. 3:24-cv-107 (GC)(JBD)**
> **Our File No. 01195**

Dear Judge Castner,

As Your Honor is aware, this firm represents the plaintiff herein. In keeping with Your Honor's Order of November 27, 2024, the attorneys for the parties have consulted with their clients and one another and are in agreement that no part of the Court's sealed opinion needs to be redacted. Thus, we ask that the Opinion be released to the public as written.

We thank Your Honor for consideration of this matter.

The Clerk is directed to unseal the Court's Opinion at ECF No. 88.

It is so ordered this 5th day of December, 2024

*Georgette Castner*
Georgette Castner, U.S.D.J.

Respectfully yours,

MURRAY-NOLAN BERUTTI LLC

/s/ Ronald A. Berutti
By:_____
Ronald A. Berutti

/RAB

---

136 Central Avenue, 2nd Floor, Clark, New Jersey 07066 (908) 588-2111
30 Wall Street, 8th Floor, New York 10005 (212) 575-8500
3860 Newland Street, Wheat Ridge, Colorado 80033
(Please reply to NJ office)