UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>      Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, KEVIN DEHMER, in his official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>      Defendants. | Civil No. 3:24-CV-00107 (GC) (JBD)<br><br>NOTICE OF APPEAL |

The plaintiff, John Doe (said name being fictitious), hereby appeals to the United States Court of Appeals for the Third Circuit from all parts of the Order and Opinion denying plaintiff's Motion for a Preliminary Injunction, entered on November 27, 2024.

Dated: December 6, 2024

                 MURRAY-NOLAN BERUTTI LLC
                 *Attorney for Plaintiff John Doe*

                 *s/ Ronald A. Berutti*
       By:_____
                 Ronald A. Berutti
                 136 Central Avenue, 2nd Floor
                 Clark, New Jersey 07066
                 (908) 588-2111
                 ron@mnblawfirm.com