**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>                    Plaintiff,<br><br>  v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, KEVIN DEHMER, in his official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>                    Defendants. | Civil No. 3:24-CV-00107 (GC) (JBD) |

*PLAINTIFF'S COMBINED RESPONSE TO BOARD DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF PURSUANT TO FED. R. CIV. P. 12(B)(1); AND TO BRIEF OF STATE DEFENDANTS REGARDING THE DISTRICT DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION*

Because the preliminary-injunction appeal is not likely to be decided before Mr. Heaps's daughter starts her senior year, he faced the reality that she would likely be forced to continue educating herself from home. Consequently, in choosing the best interests of his daughter over the continued litigation over an injunction, he and Ms. Hasson, in consultation with his daughter, determined to move to Florida where he would be free from having to worry that his school district's policy about socially transitioning his daughter without his knowledge or consent would be an issue. This way, his daughter will be able to attend school, as always should have been the case,  without violation of Mr. Heaps' fundamental constitutional parental rights.

1

2

Dated: January 9, 2026

MURRAY-NOLAN BERUTTI LLC
*Attorney for Plaintiff Christin Heaps*

*/s/ Ronald A. Berutti*

By:_____
Ronald A. Berutti
136 Central Avenue, 2nd Floor
Clark, New Jersey 07066
(908) 588-2111
ron@mnblawfirm.com

2