

Roshan D. Shah | Managing Partner
rshah@shahlg.com
P:  732-398-6545 | F: 732-576-0027

January 22, 2026

**VIA CM/ECF ONLY**
Hon. Georgette Castner, U.S.D.J.
U.S. District Court,
    District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08609

    Re:    **Doe v. Delaware Valley Reg'l High School Bd. of Ed., et al.**
            **Civil Action No. 24-107 (GC-JBD)**

Dear Judge Castner;

This Firm represents Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda (collectively, the "Board Defendants") in the above-referenced matter. Currently pending before the Court is the Board Defendants' motion to dismiss the prospective relief clams. In light of plaintiff's response, the Court should treat that motion as unopposed and grant it.

In addition, we respectfully request a case management conference to discuss a briefing schedule to file a Rule 12(b) motion to dismiss the Amended Complaint, at least in part. We are in receipt of plaintiff's letter to the Court, dated January 21, 2026, where he purports to keep alive his claims for a declaratory judgment. We don't believe plaintiff has standing to pursue declaratory relief for the same reason he lacks standing to pursue injunctive relief. *See Corliss v. O'Brien*, 200 F. App'x 80, 84 (3d Cir. 2006)("Declaratory judgment is inappropriate solely to adjudicate past conduct"). However, we respectfully submit that the appropriate vehicle to make those arguments is a motion to dismiss under FED. R. CIV. P. 12.

Thank you for the Court's time and attention to this matter.

Respectfully Submitted,

*RShah*

ROSHAN D. SHAH, ESQ.
For the Firm

c: All Counsel of Record