# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
Ronald A. Berutti (NJ, NY, KY)

**Reply to:** <u>Ron@MNBlawfirm.com</u>

**Associate**
Rebecca R. Petersen (NJ)

**Of Counsel**
Elise Potenta (NJ)
Beth Chambers (CO)

March 6, 2026

<u>Via ECF</u>
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> **Heaps v. Delaware Valley High School Board of Ed. et als.**
> **Civ. No. 3:24-cv-107 (GC)(JBD)**
> **Our File No. 01195**

Dear Judge Day,

This firm represents the plaintiff, Christin Heaps. Pursuant to Your Honor's Text Order, dated February 23, 2026, the parties are to file a joint letter apprising the Court whether they are amenable to a stipulation dismissing any of plaintiff's remaining claims. In light of the recent decision of the United States Supreme Court in *Mirabelli v. Bonta*, 607 U.S. ___ (2026) (March 2, 2026, Docket No. No. 25A810), the plaintiff respectfully requests that he be provided with an additional two weeks to consider how *Mirabelli* affects his legal action and how he wishes to proceed. Our adversaries have consented to this request.

We thank Your Honor for consideration of the above.

Respectfully yours,

**MURRAY-NOLAN BERUTTI LLC**

*/s/ Ronald A. Berutti*

By:_____
　　　Ronald A. Berutti

RAB/ad

**136 Central Avenue, 2ⁿᵈ Floor, Clark, New Jersey 07066 (908) 588-2111**
**30 Wall Street, 8ᵗʰ Floor, New York 10005 (212) 575-8500**
**(Please reply to NJ office)**