# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
Ronald A. Berutti (NJ, NY, KY)

**Reply to:** Ron@MNBlawfirm.com

**Associate**
Rebecca R. Petersen (NJ)

**Of Counsel**
Elise Potenta (NJ)
Beth Chambers (CO)

March 6, 2026

**Via ECF**
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> **Heaps v. Delaware Valley High School Board of Ed. et als.**
> **Civ. No. 3:24-cv-107 (GC)(JBD)**
> **Our File No. 01195**

Dear Judge Day,

    This firm represents the plaintiff, Christin Heaps. Pursuant to Your Honor's Text Order, dated February 23, 2026, the parties are to file a joint letter apprising the Court whether they are amenable to a stipulation dismissing any of plaintiff's remaining claims. In light of the recent decision of the United States Supreme Court in *Mirabelli v. Bonta*, 607 U.S. ___ (2026) (March 2, 2026, Docket No. No. 25A810), the plaintiff respectfully requests that he be provided with an additional two weeks to consider how *Mirabelli* affects his legal action and how he wishes to proceed. Our adversaries have consented to this request.

    We thank Your Honor for consideration of the above.

**IT IS SO ORDERED** this 9th day of March, 2026.

*/s/ JBD*

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

Respectfully yours,

**MURRAY-NOLAN BERUTTI LLC**

*/s/ Ronald A. Berutti*

By: _____
    Ronald A. Berutti