# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
Ronald A. Berutti (NJ, NY, KY)

**Reply to: Ron@MNBlawfirm.com**

**Associate**
Rebecca R. Petersen (NJ)

**Of Counsel**
Elise Potenta (NJ)
Beth Chambers (CO)

March 20, 2026

**Via ECF**
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> **Heaps v. Delaware Valley High School Board of Ed. et als.**
> **Civ. No. 3:24-cv-107 (GC)(JBD)**
> **Our File No. 01195**

Dear Judge Day,

This firm represents the plaintiff, Christin Heaps. Pursuant to Your Honor's Text Orders, dated February 23, 2026 and March 9, 2026, the plaintiff has considered his legal action and has examined *Mirabelli v. Bonta*, 607 U.S. ___ (2026) (March 2, 2026, Docket No. No. 25A810). As a result, rather than agree to dismiss any claims, the plaintiff wishes to file a motion seeking leave to file a Second Amended Complaint. Such draft Second Amended Complaint would remove any claims that the plaintiff believes not to be viable under all of the circumstances. We respectfully request three weeks to file same, since I will be out of the country for parts of next week and the following week.

Our adversaries have consented to this request, although not necessarily to the relief that the plaintiff will be seeking. We thank Your Honor for consideration of the above.

Respectfully yours,

**MURRAY-NOLAN BERUTTI LLC**

*/s/ Ronald A. Berutti*

By:_____
        Ronald A. Berutti

RAB/ad

**136 Central Avenue, 2ⁿᵈ Floor, Clark, New Jersey 07066 (908) 588-2111**
**30 Wall Street, 8ᵗʰ Floor, New York 10005 (212) 575-8500**
**(Please reply to NJ office)**