# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
Ronald A. Berutti (NJ, NY, KY)

**Reply to:** Ron@MNBlawfirm.com

**Associate**
Rebecca R. Petersen (NJ)

**Of Counsel**
Elise Potenta (NJ)
Beth Chambers (CO)

March 23, 2026

**Via ECF**
Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> **Heaps v. Delaware Valley High School Board of Ed. et als.**
> **Civ. No. 3:24-cv-107 (GC)(JBD)**
> **Our File No. 01195**

Dear Judge Day,

This firm represents the plaintiff herein. We are in receipt of Your Honor's March 23, 2026 Text Order wherein dates were scheduled, as follows:

1) Proposed Second Amended Complaint to be supplied to defendants by March 30, 2026;
2) Defendants to advise whether they consent to the filing of the proposed Second Amended Complaint by April 3, 2026; and
3) Plaintiff is granted leave to file the Second Amended Complaint by April 10, 2026.

I will be out of the country on a pre-paid family vacation beginning on March 26, 2026, returning to the office on Monday, April 6, 2026. Under the circumstances, I respectfully request that the date by which the proposed Second Amended Complaint is to be supplied to defendants be scheduled for April 10, 2026, so as to give the plaintiffs adequate time to prepare a proposed Second Amended Complaint.

We thank Your Honor for consideration of this request.

Respectfully yours,
**MURRAY-NOLAN BERUTTI LLC**

/s/ *Ronald A. Berutti*

By:_____
Ronald A. Berutti

RAB/ad

136 Central Avenue, 2nd Floor, Clark, New Jersey 07066 (908) 588-2111
30 Wall Street, 8th Floor, New York 10005 (212) 575-8500
(Please reply to NJ office)