**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE (said name being fictitious),<br><br>                    Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, KEVIN DEHMER, in his official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>                    Defendants. | Civil No. 3:24-CV-00107 (GC) (JBD)<br><br><br>**STIPULATION CONSENTING TO THE FILING OF PLAINTIFF'S SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for all the parties herein, that the plaintiff may file a Second Amended Complaint subject only to defendants' reserving their rights to seek dismissal pursuant to *Fed. R.Civ. P.* 12(b).

Dated:  April 22, 2026

MURRAY-NOLAN BERUTTI LLC
*Attorney for Plaintiff John Doe*
    */s/ Ronald A. Berutti*
By:_____
    Ronald A. Berutti
    136 Central Avenue, 2nd Floor
    Clark, New Jersey 07066
    (908) 588-2111
    ron@mnblawfirm.com

JENNIFER DAVENPORT
*Attorney General of New Jersey*
    */s/ Matthew Lynch*
By: _____
    Matthew Lynch
    Deputy Attorney General
    R.J. Hughes Justice Complex
    25 Marck Street
    Trenton, New Jersey 08625
    (609) 376-3100
    Matthew.Lynch@law.njoag.gov

1

SHAH LAW GROUP LLC
*Attorneys for Delaware Valley Regional High
School Board of Education*

*/s/ Roshan Shah*

By: _____

    Roshan Shah, Esq.
    1040 Broad Street, Suite 304
    Shrewsbury, New Jersey 07702
    (732) 398-6545
    Rshah@andersonshahlaw.com

2