## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTIN HEAPS,<br><br>          Plaintiff,<br><br>          v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, *et al.*,<br><br>          Defendants. | Hon. Georgette Castner, U.S.D.J.<br><br>Civil Action No. 3:24-cv-107<br><br>*Electronically Filed*<br><br>Motion Return Date:<br>June 1, 2026<br><br>**DEFENDANTS JENNIFER DAVENPORT AND LILY LAUX'S NOTICE OF MOTION TO CONSOLIDATE** |
| MARIA LEMA, *et al.*,<br><br>          Plaintiffs,<br><br>          v.<br><br>JENNIFER DAVENPORT, Attorney General of the State of New Jersey, *et al.*,<br><br>          Defendants. | Hon. Robert Kirsch, U.S.D.J.<br><br>Civil Action No. 3:26-cv-4682 |

**PLEASE TAKE NOTICE** that on June 1, 2026, Defendants Jennifer Davenport, in her official capacity as Attorney General of the State of New Jersey, and Lily Laux, in her official capacity as Commissioner of the New Jersey Department of Education, will move before the Honorable Georgette Castner, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson

S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order consolidating *Heaps (formerly Doe) v. Delaware Valley Regional High School Board of Education, et al.*, No. 3:24-cv-00107, and *Lema, et al. v. Davenport, et al.*, No. 3:26-cv-4682, pursuant to Federal Rule of Civil Procedure 42(a) and Local Civil Rule 42.1.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, State Defendants will rely on the accompanying brief, declaration of counsel and exhibits thereto, and all other pleadings and papers on file in these matters.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated: May 7, 2026

JENNIFER DAVENPORT
ACTING ATTORNEY GENERAL
OF NEW JERSEY

/s/ Meghan Musso_____
Meghan Musso
Deputy Attorney General
(609) 696-5276
meghan.musso@law.njoag.gov

Matthew Lynch
Marie V. Cepeda Mekosh
   Deputy Attorneys General
R.J. Hughes Justice Complex,
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorneys for State Defendants*