## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTIN HEAPS, | Hon. Georgette Castner, U.S.D.J. |
| Plaintiff, | Civil Action No. 3:24-cv-107 |
| v. | *Electronically Filed* |
| DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, *et al.*, | Motion Return Date: June 1, 2026 |
| Defendants. | **DECLARATION OF COUNSEL** |

| | |
|---|---|
| MARIA LEMA, *et al.*, | Hon. Robert Kirsch, U.S.D.J. |
| Plaintiffs, | Civil Action No. 3:26-cv-4682 |
| v. | |
| JENNIFER DAVENPORT, Attorney General of the State of New Jersey, *et al.*, | |
| Defendants. | |

The undersigned, MEGHAN K. MUSSO, of full age, hereby declares as follows:

1.      I am a Deputy Attorney General of the State of New Jersey, Department of Law and Public Safety, Division of Law. In that capacity, I represent the State Defendants and am one of the attorneys responsible for the handling of this matter. As such, I am fully familiar with the facts stated in this Declaration.

2.      Attached to this Declaration are true and accurate copies of the following:

a.  **Exhibit A** – Amended Complaint filed by the plaintiffs in *Lema v. Davenport*, Civ. No. 3:26-cv-04682 (D.N.J.) on April 30, 2026;

b.  **Exhibit B** – Docket Sheet for *Lema v. Davenport*, Civ. No. 3:26-cv-04682 (D.N.J.) as of May 7, 2026; and

c.  **Exhibit C** – Letter dated April 29, 2026 from the State Defendants to the Hon. Robert Kirsch, U.S.D.J., in *Lema v. Davenport*, Civ. No. 3:26-cv-04682 (D.N.J.).

3.      I declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 7, 2026

JENNIFER DAVENPORT
ACTING ATTORNEY GENERAL
OF NEW JERSEY

/s/ Meghan Musso_____
Meghan Musso
Deputy Attorney General

2