JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants Attorney General Jennifer Davenport
and Commissioner Lily Laux

By:   Matthew Lynch
      Deputy Attorney General
      P: (609) 376-3100
      matthew.lynch@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| CHRISTIN HEAPS,<br><br>              Plaintiff,<br><br>       v.<br><br>DELAWARE VALLEY REGIONAL<br>HIGH SCHOOL BOARD OF<br>EDUCATION, *et al.*,<br><br>              Defendants. | Civil Action<br><br>No. 3:24-cv-107 (GC-JBD)<br><br>**STATE DEFENDANTS'**<br>**APPLICATION FOR EXTENSION**<br>**OF TIME TO ANSWER, MOVE, OR**<br>**OTHERWISE RESPOND TO THE**<br>**SECOND AMENDED COMPLAINT** |

**STATE DEFENDANTS' APPLICATION FOR EXTENSION
OF TIME TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO THE SECOND AMENDED COMPLAINT**

Defendants Jennifer Davenport, in her official capacity as Attorney General

of the State of New Jersey, and Lily Laux, in her official capacity as Commissioner of the New Jersey Department of Education ("State Defendants") respectfully request an extension of time to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint, ECF No. 127. In support of the application, the undersigned counsel submit the following:

1.      Plaintiff Christin Heaps served the State Defendants with the Second Amended Complaint by way of ECF on April 22, 2026.

2.      On April 24, 2026, the State Defendants' Application for a Clerk's Extension was granted, extending their deadline to respond to the Second Amended Complaint to May 20, 2026. ECF No. 129.

3.      On April 28, 2026, the plaintiffs in *Lema, et al. v. Davenport, et al.*, No. 3:26-cv-4682, filed a complaint against the State Defendants, and on April 30, 2026, filed an Amended Complaint involving causes of actions and issues of law and fact that substantially overlap with the above-captioned action.

4.      On May 6, 2026, the plaintiffs in *Lema* served State Defendants with the Amended Complaint in that matter.

5.      On May 7, 2026, the State Defendants filed a motion to consolidate the above-captioned action and *Lema*, pursuant to Federal Rule of Civil Procedure 42(a) and Local Civil Rule 42.1. ECF No. 130.

6.      Consolidation is intended to serve "the interests of economy and

2

efficiency" by saving the court and the parties the "burden," "time," and "relative expense" of duplicative litigation of overlapping issues in parallel suits, *In re Lucent Techs. Inc. Sec. Litig.*, 221 F. Supp. 2d 472, 482 (D.N.J. 2001), as well as to avoid "the risk of inconsistent adjudications of common factual and legal issues," *In re Consol. Parlodel Litig.*, 182 F.R.D. 441, 444 (D.N.J. 1998).

7. As explained in their Brief in Support of State Defendants' Motion to Consolidate, ECF No. 130-1, the State Defendants contend that *Heaps* and *Lema* should be consolidated because they are closely related matters involving substantially similar legal challenges to the same set of state policies and a similar set of school district policies, several of the same defendants, largely overlapping counsel, and similar procedural postures.

8. The purposes of the potential consolidation would be undermined by requiring Defendants to separately brief two motions to dismiss despite the substantial overlap in legal theories, as this would unnecessarily increase the burden, time, and expense expended by the parties.

9. Furthermore, it would undermine the purposes of the potential consolidation by requiring two different judges to rule on substantially similar legal theories even while the Motion for Consolidation is outstanding, which would be a waste of judicial resources and needlessly create a risk of inconsistent judgments.

10. Accordingly, the State Defendants seek an extension of time to answer,

move, or otherwise respond to Plaintiff's Second Amended Complaint until 14 days after the Court has ruled on the Motion for Consolidation.

11.    In the alternative, to the extent that the Court prefers to set a fixed deadline, State Defendants request an extension of time to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint until June 29, 2026, or such other date as the Court believes is necessary to ensure that it has sufficient time to rule first on the pending Motion for Consolidation.

12.    The State Defendants have sought the other parties' consent prior to filing this application. All other Defendants have consented to this extension request.

13.    Since May 8, 2026, the State Defendants have conferred with Plaintiff regarding extending the deadline to respond to the Second Amended Complaint. Plaintiff has ultimately advised that he does not consent to the State Defendants' request to extend the deadline.

In light of the above, the State Defendants respectfully request that the deadline to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint be extended to 14 days following this Court's ruling on the Motion for Consolidation or, in the alternative, a fixed date that provides sufficient time for the Court to rule first on the Motion for Consolidation.

Dated: May 14, 2026                JENNIFER DAVENPORT
                                   ACTING ATTORNEY GENERAL

4

OF NEW JERSEY

/s/ Matthew Lynch_____
Matthew Lynch
Deputy Attorney General
P: (609) 376-3100
matthew.lynch@law.njoag.gov

Marie V. Cepeda Mekosh
Meghan Musso
    Deputy Attorneys General
R.J. Hughes Justice Complex,
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorneys for State Defendants*

5

## **CERTIFICATE OF SERVICE**

I certify that on May 14, 2026, I electronically filed the foregoing Application for Extension of Time to Answer, Move, or Otherwise Respond to the Second Amended Complaint with the Clerk of the United States District Court for the District of New Jersey. Counsel for all parties are registered CM/ECF users and will be served via CM/ECF.


Dated: May 14, 2026                    /s/ Matthew Lynch
                                       Matthew Lynch

6