**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

|  |  |
|---|---|
| CHRISTIN HEAPS,<br><br>                    Plaintiff,<br><br>          v.<br><br>DELAWARE VALLEY REGIONAL<br>HIGH SCHOOL BOARD OF<br>EDUCATION, *et al.*,<br><br>                    Defendants. | Civil Action<br><br>No. 3:24-cv-107 (GC-JBD) |

**[PROPOSED] ORDER TO EXTEND TIME**

State Defendants' Application for Extension of Time to Answer, Move, or Otherwise Respond to the Second Amended Complaint is **GRANTED**. Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint is extended to 14 days following this Court's ruling on the Motion for Consolidation.

   **IT IS SO ORDERED.**


 Dated: May __, 2026                 _____
                                     Hon. Georgette Castner
                                     United States District Judge