**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTIN HEAPS,<br><br>               Plaintiff,<br><br>v.<br><br>DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools, ASHLEY MIRANDA, individually and in her official capacity as school counselor, MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey, KEVIN DEHMER, in his official capacity as Acting Commissioner of the New Jersey Department of Education, and JOHN ROES 1-10 (said names being fictitious), individually and in their official capacities,<br><br>               Defendants. | Civil No. 3:24-CV-00107 (GC) (JBD)<br><br><br>**CERTIFICATION OF RONALD A. BERUTTI** |

RONALD A. BERUTTI, of full age, duly certifies as follows:

1.     I am a member of Murray-Nolan Berutti LLC, attorneys for the plaintiffs herein. I am fully familiar with the facts set forth below. I make this Certification in opposition to defendants' Motion to Consolidate, pursuant to *Fed. R. Civ. P.* 42(a).

2.     Attached hereto as **Exhibit A** is a true copy of an email from defense counsel for Delaware Valley Regional High School District, dated April 10, 2026, which is addressed to the undersigned.

3.     Attached hereto as **Exhibit B** is a true copy of the Second Amended Complaint which has been filed herein.

4.     The Second Amended Complaint was filed herein after the plaintiff moved to Florida. By so moving, the appeal of this Court's denial of a Preliminary Injunction was withdrawn.

1

5.     Attached hereto as **Exhibit C** is a true copy of the Amended Complaint filed in *Lema et als. v. Davenport et als.*, Civ. No. 3:26-cv-4682 (RK).

6.     Attached hereto as **Exhibit D** is a true copy of the recently decided unpublished case, *Doe v. Pine Richland Sch. Dist.*, 2026 U.S. App. LEXIS 11546 (3d. Cir., April 23, 2026)

*Ronald A. Berutti*

_____

Ronald A. Berutti

Dated: May 18, 2026

2