# EXHIBIT A

Thu Apr 30 2026 16:54:33 GMT-0400 (Eastern Daylight Time)

**Subject:** Re: Heaps v. Delaware Valley Regional High School District et als.
**From:** rshah@shahlg.com
**Date:** 4/10/2026 7:10 PM
**To:** ron@mnblawfirm.com
**Cc:** rshah@andersonshahlaw.com, Matthew.Lynch@law.njoag.gov, Paralegal2@mnblawfirm.com
**Matter:** 01195-Christin Heaps-Civil Rights Law

I don't consider an "ask[]" a threat. But let's not do this. We're going to be litigating this case for 3-4 years, so let's try and get through the pleading stage without acrimony. Thanks for sending this over, I'll look at it when I'm back in front of a computer.

Have a good weekend everyone.


Sent from my iPhone


On Apr 10, 2026, at 6:47 PM, Ron Berutti <ron@mnblawfirm.com> wrote:



Roshan,

See the attached. In the future you may want to use words like "please" instead of making threats in such an unprofessional manner.



Ronald A. Berutti

**Murray-Nolan Berutti LLC**

136 Central Avenue

Second Floor

Clark, New Jersey 07066

908-588-2111
Ron@MNBlawfirm.com

Website: www.MNBlawfirm.com



**New York:**

30 Wall Street

8th Floor