

**SHAH LAW GROUP**

Roshan D. Shah | Managing Partner
rshah@shahlg.com
P: 732-398-6544 | F: 732-576-0027

May 20, 2026

**VIA CM/ECF ONLY**
Hon. Georgette Castner, U.S.D.J.
United States District Court,
     District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08609

     **Re:**    **Doe v. Delaware Valley Reg'l High School Bd. of Ed., et al.**
              **Civil Action No. 24-107 (GC-JBD)**

Dear Judge Castner:

This Firm represents Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda (collectively, the "Board Defendants") in the above-referenced matter. On May 18, 2026, the Court granted the State Defendants' application to extend the deadline to file a responsive pleading, and held in abeyance that deadline pending the Court's decision on their motion to consolidate. ECF No. 132. The Board Defendants respectfully request that the May 18th order equally apply to them so as to avoid piecemeal litigation. Neither plaintiff's counsel nor counsel for the State Defendants has any objection to this request.

If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

SHAH LAW GROUP, LLC

*RShah*

ROSHAN D. SHAH, ESQ.
For the Firm

c:     All Counsel of Record