ROSHAN D. SHAH, ESQ. (042302009)
DEBRA M. MCGARVEY, ESQ. (001802007)
**SHAH LAW GROUP, LLC**
**ATTORNEYS AT LAW**
1040 Broad Street, Suite 304
Shrewsbury, New Jersey 07702
Telephone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorneys for Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| CHRISTIN HEAPS,<br>Plaintiff,<br>v.<br>SCOTT McKINNEY, individually and in his official capacity as Superintendent of School of the DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION, ASHLEY MIRANDA, individually and in her official capacity as school counselor, ANGELA ALLEN-MCMILLAN, KEVIN DEHMER, and JOHN ROES 1-10 (said names being fictitious),<br>Defendant(s). | Civil Action No. 24-cv-00107 (GC-JBD)<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Debra M. McGarvey, Esq., of Shah Law Group, LLC, enters her appearance on behalf of Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda. Roshan D. Shah, Esq. remains lead counsel.

**SHAH LAW GROUP, LLC**
*Attorneys for Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda*

By: */s/Debra M. McGarvey*
DEBRA M. MCGARVEY

Dated: November 25, 2026